B1 (Official Form 1) (12/11)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| **NORTHERN** DISTRICT OF **ILLINOIS** | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| **Holmes, Shelby** | **Holmes, Shawn R.** |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **NONE** | **NONE** |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **3025** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **3414** |
|---|---|

| Street Address of Debtor (No. & Street, City, and State): | Street Address of Joint Debtor (No. & Street, City, and State): |
|---|---|
| **1648 Fieldstone Drive N** <br> **Shorewood, IL**    ZIPCODE **60404** | **1648 Fieldstone Drive N** <br> **Shorewood, IL**    ZIPCODE **60404** |

| County of Residence or of the Principal Place of Business: **Will** | County of Residence or of the Principal Place of Business: **Will** |
|---|---|

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| **SAME**    ZIPCODE | **SAME**    ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above): **NOT APPLICABLE**    ZIPCODE |
|---|

**Type of Debtor** (Form of organization)
(Check **one** box.)

- ☒ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (if debtor is not one of the above entities, check this box and state type of entity below

**Nature of Business**
(Check **one** box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**
(Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- ☐ Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests:
_____
Each country in which a foreign proceeding by, regarding, or against debtor is pending:
_____

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**

**Check one box:**
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000 .

**Check all applicable boxes:**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

---

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☒ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☒ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1) (12/11)** FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Shelby Holmes and* |
| | *Shawn R. Holmes* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) |
| | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition | **X** *  /s/ Robert G. Whitley, Jr.* |
| | Signature of Attorney for Debtor(s)                         Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (12/11)                                              FORM B1, Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
*Shelby Holmes and*
*Shawn R. Holmes*

# Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Shelby Holmes**
Signature of Debtor

X **/s/ Shawn R. Holmes**
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

(Date)

### Signature of Attorney*

X **/s/ Robert G. Whitley, Jr.**
Signature of Attorney for Debtor(s)

**Robert G. Whitley, Jr. 3005542**
Printed Name of Attorney for Debtor(s)

**Robert G. Whitley, Jr, P.C.**
Firm Name

**15028 S. Des Plaines Street**
Address

**Plainfield, IL  60544**

**815-436-4700**
Telephone Number

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**B22A (Official Form 22A) (Chapter 7) (12/10)**

In re  Shelby holmes and Shawn R. Holmes
_____
Debtor(s)

Case Number: _____
(If known)

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this |
| --- |
| ☐ **The presumption arises.** |
| ☒ **The presumption does not arise.** |
| ☐ **The presumption is temporarily inapplicable.** |
| (Check the box as directed in Parts I, III, and VI of this statement.) |

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
| --- |

| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| --- | --- |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII.<br>**During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

**B22A (Official Form 22A) (Chapter 7) (12/10)** - Cont

2

## Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above.   **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☒ Married, filing jointly.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
|---|---|---|---|

| | | **Column A**<br>**Debtor's**<br>**Income** | **Column B**<br>**Spouse's**<br>**Income** |
|---|---|---|---|
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | | |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $1,907.00 | $3,031.00 |

| 4 | **Income from the operation of a business, profession, or farm** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | |
|---|---|---|---|---|
| | a. | Gross receipts | $0.00 | |
| | b. | Ordinary and necessary business expenses | $0.00 | |
| | c. | Business income | Subtract Line b from Line a | |

(Line 4 column values): $0.00 | $0.00

| 5 | **Rent and other real property income.**     Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero.     **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | |
|---|---|---|---|---|
| | a. | Gross receipts | $0.00 | |
| | b. | Ordinary and necessary operating expenses | $0.00 | |
| | c. | Rent and other real property income | Subtract Line b from Line a | |

(Line 5 column values): $0.00 | $0.00

| 6 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $0.00 | $0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $0.00 | $0.00 |

| 9 | **Unemployment compensation.**     Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $0.00    Spouse $0.00 | $0.00 | $0.00 |
|---|---|---|---|

| 10 | **Income from all other sources.**     Specify source and amount. If necessary, list additional sources on a separate page.    **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | |
|---|---|---|---|---|
| | a. | | 0 | |
| | b. | | 0 | |
| | Total and enter on Line 10 | | $0.00 | $0.00 |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).**   Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $1,907.00 | $3,031.00 |
|---|---|---|---|

**B22A (Official Form 22A) (Chapter 7) (12/10)** - Cont                                                                 3

| 12 | **Total Current Monthly Income for § 707(b)(7).**   If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $4,938.00 |
|----|---|---|

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**   Multiply the amount from Line 12 by the number 12 and enter the result. | $59,256.00 |
|----|---|---|
| 14 | **Applicable median family income.**   Enter the median family income for the applicable state and household size. (This information is available by family size at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence: __ILLINOIS__       b. Enter debtor's household size: ____3____ | $67,328.00 |
| 15 | **Application of Section 707(b)(7).**   Check the applicable box and proceed as directed.<br><br>☒ **The amount on Line 13 is less than or equal to the amount on Line 14.**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.**   Complete the remaining parts of this statement. |  |

**Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15).**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ |
|----|---|---|---|
| 17 | **Marital adjustment.**   If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |
|  | a. | $ |  |
|  | b. | $ |  |
|  | c. | $ |  |
|  | Total and enter on Line 17 | | $ |
| 18 | **Current monthly income for § 707(b)(2).**   Subtract Line 17 from Line 16 and enter the result. | | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing, and other items.**   Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|-----|---|---|

**B22A (Official Form 22A) (Chapter 7) (12/10)** - Cont 4

| | |
|---|---|
| **19B** | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at  www.usdoj.gov/ust/  or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. |

| Household members under 65 years of age | | Household members 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

$

| | |
|---|---|
| **20A** | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at  www.usdoj.gov/ust/  or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. |

$

| | |
|---|---|
| **20B** | **Local Standards: housing and utilities; mortgage/rent expenses.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at  www.usdoj.gov/ust/  or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

$

| | |
|---|---|
| **21** | **Local Standards: housing and utilities; adjustment.**  If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: |

$

| | |
|---|---|
| **22A** | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.

Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.
☒ 0  ☐ 1  ☐ 2 or more.

If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at  www.usdoj.gov/ust/  or from the clerk of the bankruptcy court.) |

$

| | |
|---|---|
| **22B** | **Local Standards: transportation; additional public transportation expense.**  If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at  www.usdoj.gov/ust/ or from the clerk of the bankruptcy |

$

**B22A (Official Form 22A) (Chapter 7) (12/10)** - Cont                                                      5

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.**    Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at  www.usdoj.gov/ust/or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23.    **Do not enter an amount less than zero.** | $ |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**<br>Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at  www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.    **Do not enter an amount less than zero.** | $ |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.**   Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social-security taxes, and Medicare taxes.    **Do not include real estate or sales taxes.** | |
| 26 | **Other Necessary Expenses: mandatory payroll deductions for employment.**    Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs.  **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.**     Enter total average monthly premiums that you actually pay for term life insurance for yourself.    **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.**    Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  **Do not include payments on past due support obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**    Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.**    Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool.    **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.**    Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B.  **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.**   Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service -- such as pagers, call waiting, caller id, special long distance, or internet service -- to the extent necessary for your health and welfare or that of your dependents.    **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.**   Enter the total of Lines 19 through 32 | $ |

**B22A (Official Form 22A) (Chapter 7) (12/10)**   - Cont   6

## Subpart B: Additional Living Expense Deductions
### Note: Do not include any expenses that you have listed in Lines 19-32

| | | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance and Health Savings Account Expenses.**   List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>a. Health Insurance  $<br>b. Disability Insurance  $<br>c. Health Savings Account  $<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,**  state your actual total average monthly expenditures in the space below:<br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.**   Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.**   Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.**  Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 38 | **Education expenses for dependent children less than 18.**   Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.   **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.**   Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)   **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.**   Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).**   Enter the total of Lines 34 through 40 | $ |

## Subpart C: Deductions for Debt Payment

**Future payments on secured claims.**   For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42.

| 42 | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|---|
| | a. | | | $ | ☐ yes ☐ no | |
| | b. | | | $ | ☐ yes ☐ no | |
| | c. | | | $ | ☐ yes ☐ no | |
| | d. | | | $ | ☐ yes ☐ no | |
| | e. | | | $ | ☐ yes ☐ no | |
| | | | | Total: Add Lines a - e | | $ |

| 43 | **Other payments on secured claims.**    If any of the debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |  |
|---|---|---|

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. |  |  | $ |
| b. |  |  | $ |
| c. |  |  | $ |
| d. |  |  | $ |
| e. |  |  | $ |
|  |  | Total: Add Lines a - e | $ |

| 44 | **Payments on prepetition priority claims.**   Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.**   If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |  |
|---|---|---|

|  |  |  |
|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

|  |  | $ |
|---|---|---|

| 46 | **Total Deductions for Debt Payment.**   Enter the total of Lines 42 through 45. | $ |
|---|---|---|

## Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).**   Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|---|---|---|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).**    Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).**    Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.**   Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than $7,025\***   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br>☐ **The amount set forth on Line 51 is more than $11,725\***   Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.**    Complete the remainder of Part VI (Lines 53 through 55). |  |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.**    Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.**   Check the applicable box and proceed as directed.<br>☐ **The amount on Line 51 is less than the amount on Line 54.**   Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**    Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |  |

**B22A (Official Form 22A) (Chapter 7) (12/10)** - Cont                                                              8

| PART VII. ADDITIONAL EXPENSE CLAIMS | |
|---|---|

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b, and c | $ |

| PART VIII: VERIFICATION | |
|---|---|

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: _____   Signature: ___*/s/ Shelby Holmes*_____<br>                                                    (Debtor)<br>Date: _____   Signature: ___*/s/ Shawn R. Holmes*_____<br>                                                    (Joint Debtor, if any ) |
|---|---|

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

FORM B6A (Official Form 6A) (12/07)

In re _Shelby Holmes and Shawn R. Holmes_ ,                    Case No._____
              Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | **TOTAL $** | _0.00_ |

No continuation sheets attached

**TOTAL $**
(Report also on Summary of Schedules.)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Shelby Holmes*                                      Case No.
*and*                                                                      (if known)
*Shawn R. Holmes*
_____
                      Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Shelby Holmes* _____

Date: _____

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Shelby Holmes*
    *and*
    *Shawn R. Holmes*

Case No.
Chapter    7

_____
                    Debtor(s)

# EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days    **before the filing of my bankruptcy case,**    I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.

☐    4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Shawn R. Holmes* _____

Date: _____

B6B (Official Form 6B) (12/07)

In re <u>Shelby Holmes and Shawn R. Holmes</u> ,     Case No. _____
                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *First Midwest Bank* *Checking Account # 7101728132* *$-155.71* *Location: In debtor's possession* | H | $148.00 |
| | | *USAA Federal Savings Bank* *Location: In debtor's possession* | J | $139.39 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Household goods & furniture* *Location: In debtor's possession* | J | $300.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | *Misc clothing* *Location: In debtor's possession* | J | $300.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Page ___1___ of ___3___

In re  _Shelby Holmes and Shawn R. Holmes_____,    Case No. _____
                                Debtor(s)                                                           (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *Provena Health* *PVH27630* *Location: In debtor's possession* | W | $462.98 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2000 Ford Expedition XLT 176,000 miles* *Location: In debtor's possession* | J | $1,788.00 |

B6B (Official Form 6B) (12/07)

In re _Shelby Holmes and Shawn R. Holmes_____ ,    Case No. _____
Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *2001 Pontiac Grand Am GT 141,000 miles Location: In debtor's possession* | J | $2,853.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __3__ of __3__

**Total** ➡    $5,991.37

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re _Shelby Holmes and Shawn R. Holmes_ ,      Case No. _____
          Debtor(s)                                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| _First Midwest Bank_ | _735 ILCS 5/12-1001(b)_ | $ 148.00 | $ 148.00 |
| _USAA Federal Savings Bank_ | _735 ILCS 5/12-1001(b)_ | $ 139.39 | $ 139.39 |
| _Household goods & furniture_ | _735 ILCS 5/12-1001(b)_ | $ 300.00 | $ 300.00 |
| _Misc clothing_ | _735 ILCS 5/12-1001(a)_ | $ 300.00 | $ 300.00 |
| _Provena Health_ | _735 ILCS 5/12-1006_ | $ 462.98 | $ 462.98 |
| _2000 Ford Expedition XLT_ | _735 ILCS 5/12-1001(c)_ | $ 1,788.00 | $ 1,788.00 |
| _2001 Pontiac Grand Am_ | _735 ILCS 5/12-1001(c)_ | $ 2,853.00 | $ 2,853.00 |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re *Shelby Holmes and Shawn R. Holmes*                    ,          Case No. _____
               **Debtor(s)**                                                          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| | | Value: $ | | | | | |
| Account No. | | | | | | | |
| | | Value: $ | | | | | |
| No continuation sheets attached | | | Subtotal $ (Total of this page) | | | $ 0.00 | $ 0.00 |
| | | | Total $ (Use only on last page) | | | $ 0.00 | $ 0.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re _Shelby Holmes and Shawn R. Holmes_____,    Case No._____
              **Debtor(s)**    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**No continuation sheets attached**

B6F (Official Form 6F) (12/07)

In re _Shelby Holmes and Shawn R. Holmes_____ ,   Case No._____
   **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *5294*  Creditor # : 1  Midland Credit Management 8875 Aeor Drive Suite 200 San Diego CA 92123 | | W | *LOAN* | | | | $ 1,327.00 |
| Account No:   *200*  Creditor # : 2 Account Resolution Corp. 17600 Chesterfield Airport Rd Chesterfield MO 63005 | | W | *debt -* | | | | $ 331.00 |
| Account No:   *4661*  Creditor # : 3 Ad Astra Recovery 7330 W. 33rd Suite118 Wichita KS 67205 | | W | *Collection Agency* | | | | $ 500.00 |

_54_ continuation sheets attached

| | |
|---|---|
| Subtotal $ | $ 2,158.00 |
| Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,      Case No. _____
            **Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3861 <br><br>Creditor # : 4 <br>AFNI <br>PO BOX 3097 <br>Bloomington IL 61702 | | W | Collection Agency | | | | $ 214.00 |
| Account No:   1237 <br><br>Creditor # : 5 <br>Allstate <br>PO Box 3589 <br>Akron OH 44309 | | H | Insurance | | | | $ 687.00 |
| Account No:   1086 <br><br>Creditor # : 6 <br>AMERICredit <br>801 Cherry St. <br>Suite 3900 <br>Fortworth TX 76102 | | H | Credit Card Debt | | | | $ 12,231.00 |
| Account No:   9138 <br><br>Creditor # : 7 <br>AT & T <br>PO Box 5001 <br>Carol Stream IL 60197 | | W | Utility Bills | | | | $ 157.86 |
| Account No:   0442 <br><br>Creditor # : 8 <br>AT& T <br>700 Longwater Drive <br>Norwell MA 02061-0567 | | W | Utility Bills | | | | $ 354.00 |

Sheet No. _1_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 13,643.86

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,        Case No. _____
        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    8142<br><br>Creditor # : 9<br>AT&T<br>1901 W. 10th St<br>Antioch CA 94509 | | W<br><br>Utility Bills | | | | $ 355.00 |
| Account No.<br><br>Creditor # : 10<br>AT&T<br>c/o SW Credit Systems Inc<br>2629 Dickerson Parkway<br>Carrolton TX 75007-4408 | | W<br><br>Utility Bills | | | | $ 306.00 |
| Account No.<br><br>Representing:<br><br>AT&T | | SW Credit Systems Inc<br>2629 Dickerson Pkwy<br>Carrolton TX 75007-4408 | | | | |
| Account No.    1053<br><br>Creditor # : 11<br>AT&T<br>2629 Dickerson Pkwy<br>Carrollton TX 75007-4408 | | W<br><br>Internet Voice TV | | | | $ 128.00 |
| Account No.    0134<br><br>Creditor # : 12<br>AT&T Texas<br>c/o Bay Area Credit SVS<br>1901 W. 10th St<br>Antioch CA 94509 | | W<br><br>Internet Voice TV | | | | $ 150.00 |

Sheet No.  _2_  of  _54_ continuation sheets attached to Schedule of       **Subtotal $**       $ 939.00
Creditors Holding Unsecured Nonpriority Claims                            **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_ ,   Case No._____
       **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0082<br>Creditor # : 13<br>Atmos Energy<br>4101 Mcewen Rd<br>Suite 150<br>Farmers Branch  TX 75244 | | W | Utility Bills | | | | $ 302.00 |
| Account No:   3515<br>Creditor # : 14<br>BANK OF AMERICA<br>PO BOX 708<br>Wichita KS 67201 | | H | Credit Card Debt | | | | $ 0.00 |
| Account No:<br>Creditor # : 15<br>BAylor<br>2001 Bryan St<br>Dallas TX 75201 | | H | debt - | | | | $ 150.00 |
| Account No:   6686<br>Creditor # : 16<br>BAylor<br>2001 Bryan Street<br>Dallas TX 75201 | | W | debit | | | | $ 150.00 |
| Account No:   6686<br>Creditor # : 17<br>BAylor<br>2001 Bryan Street<br>Dallas  TX 75201 | | W | Credit Card | | | | $ 150.00 |

Sheet No.   _3_ of   _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 752.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,          Case No. _____
                    **Debtor(s)**                                                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7454 <br> Creditor # : 18 <br> BAylor Medical Center at Frisco <br> 5601 Warren Parkway <br> Frisco TX 75034 | | W | Medical Bills <br><br> *Subject to Setoff | | | | $ 50.00 |
| Account No:   9113 <br> Creditor # : 19 <br> CAPITAL ONE <br> PO BOX 30281 <br> Salt Lake City  UT 84130 | | W | Credit Card Debt | | | | $ 433.00 |
| Account No:   9880 <br> Creditor # : 20 <br> CAPITAL ONEServices <br> PO Box 30281 <br> Salt Lake City  UT 84130 | | W | Credit Card Debt | | | | $ 2,067.00 |
| Account No: <br> Creditor # : 21 <br> Cash Net USA <br> 200 West Jackson, Suite 1400 <br> Chicago IL 60606-6941 | | W | LOAN | | | | $ 1,000.00 |
| Account No:   8332 <br> Creditor # : 22 <br> CAsh Net USA.com <br> 200 W. Jackon Blvd <br> 14th Floor <br> Chicago IL 60606 | | W | Cash Loan | | | | $ 998.00 |

Sheet No. __4__ of __54__ continuation sheets attached to Schedule of          **Subtotal $**          $ 4,548.00
Creditors Holding Unsecured Nonpriority Claims                                              **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,          Case No._____
          **Debtor(s)**                                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   7934<br><br>*Creditor # : 23*<br>*CAsh Store*<br>*Corporate Collecections Depart*<br>*1901 Gateway Drive, Ste 200*<br>*Irving TX* | | W   7/30/12<br><br>*Cash Loan* | | | | $ 1,191.91 |
| Account No:   1642<br><br>*Creditor # : 24*<br>*Centennial Medical Center*<br>*PO Box 66051*<br>*Anaheim CA 92816* | | W<br><br>*Medical Bills* | | | | $ 150.00 |
| Account No:   8074<br><br>*Creditor # : 25*<br>*Centennial Medical Center*<br>*PO Box 66052*<br>*Anaheim CA 92816* | | W<br><br>*Medical Bills* | | | | $ 150.00 |
| Account No:   9712<br><br>*Creditor # : 26*<br>*Centennial MedicalCenter*<br>*c/o Central Finance Control*<br>*PO Box 66051*<br>*Anaheim CA 92816* | | W<br><br>*Medical Bills* | | | | $ 215.00 |
| Account No:   6363<br><br>*Creditor # : 27*<br>*Central Finance Control*<br>*PO Box 66083*<br>*Dallas TX 75266* | | W<br><br>*debit* | | | | $ 150.00 |

Sheet No.   5   of   54   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,856.91

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,          Case No._____
          **Debtor(s)**                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8337 **Creditor # : 28** **CHASE Receivables** **1247 Broadway** **Sonoma CA 95476** | | W | *LOAN* | | | | $ 814.00 |
| Account No: **Creditor # : 29** **CHeck n Go** **7755 Montgomery Road** **Suite 400** **Cincinnati OH 45236** | | W | *LOAN* | | | | $ 750.00 |
| Account No:   7188 **Creditor # : 30** **Chicago Tribune** **435 N. Michigan Ave** **Chicago IL 60611** | | J | *11/17/12* *Newspaper Subscription* | | | | $ 25.70 |
| Account No: **Creditor # : 31** **City of Desoto** **211 East Pleasant Run Road** **De Soto TX 75115** | | H | *debt -* | | | | $ 0.00 |
| Account No:   5-02 **Creditor # : 32** **City of Frisco** **PO Box 2730** **Frisco TX 75034** | | H | *debit* | | | | $ 117.05 |

Sheet No.   6   of   54   continuation sheets attached to Schedule of                                    Subtotal $         $ 1,706.75
Creditors Holding Unsecured Nonpriority Claims                                                            Total $
                                           (Use only on last page of the completed Schedule F. Report also on Summary of
                                           Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,          Case No. _____
              **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1062  Creditor # : 33  Com Ed  PO Box 6111  Carol Stream IL 60197-6111 | | H | 6/25/12  Utility Bills | | | | $ 526.23 |
| Account No:   0766  Creditor # : 34  ComCast  PO Box 3002  Southeastern PA 19398 | | W | Utility Bills | | | | $ 573.00 |
| Account No:   0766  Representing:  ComCast | | | Credit Management  Carrollton TX 75007-1912 | | | | |
| Account No:   5606  Creditor # : 35  ComCast  PO Box 3006  Southeastern PA 19398 | | H | Internet Voice TV | | | | $ 583.81 |
| Account No:   6691  Creditor # : 36  ComCast  PO Box 3002  Southeastern PA 19398 | | H | 8/2/12  Internet Voice TV | | | | $ 558.73 |

Sheet No.  7  of  54  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $              $ 2,241.77
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,          Case No._____
　　　　　　**Debtor(s)**                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   **6691** <br><br> **Representing:** <br><br> **ComCast** | | | **Credit Protection Association** <br> **13355 Noel Road** <br> **Dallas TX 75240** | | | | |
| Account No:   **7135** <br> **Creditor # : 37** <br> **ComEd** <br> **PO Box 6111** <br> **Carol Stream IL 60197** | | W | **Utility Bills** | | | | **$ 131.00** |
| Account No:   **7135** <br><br> **Representing:** <br><br> **ComEd** | | | **CBE Group** <br> **131 Tower Park Drive** <br> **Suite 100** <br> **Waterloo IA 50701** | | | | |
| Account No:   **0941** <br> **Creditor # : 38** <br> **Comm Cash** <br> **331 Camp Wisdom Road** <br> **Duncanville TX 75116** | | W | **LOAN** | | | | **$ 144.00** |
| Account No:   **0941** <br><br> **Representing:** <br><br> **Comm Cash** | | | **National Investigation Bureau** <br> **1932. Alma School Road** <br> **Ste B107** <br> **Mesa AZ 85210** | | | | |

Sheet No.  _8_ of  _54_ continuation sheets attached to Schedule of　　　　　　　　Subtotal $　　　　**$ 275.00**
Creditors Holding Unsecured Nonpriority Claims　　　　　　　　　　　　　　　　　　　Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,    Case No. _____
           **Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   0942<br><br>Creditor # : 39<br>Comm Cash<br>331 E. Camp Wisdom Road<br>Duncanville TX 75116 | W | LOAN | | | | $ 144.00 |
| Account No.   0942<br><br>Representing:<br><br>Comm Cash | | 1932 S. Alma School Road<br>Ste. B 107<br>Mesa AZ 85210 | | | | |
| Account No.   0943<br><br>Creditor # : 40<br>Comm Cash<br>331 E. Camp Wisdom Road<br>Duncanville TX 75116 | W | LOAN | | | | $ 144.00 |
| Account No.   0943<br><br>Representing:<br><br>Comm Cash | | National Credit Investigation<br>1932 S. Alma School Road<br>Suite B107<br>Mesa AZ 85210 | | | | |
| Account No.   0944<br><br>Creditor # : 41<br>Comm Cash<br>331 E. Camp Wisdom Road<br>Duncanville TX 75116 | W | LOAN | | | | $ 144.00 |

Sheet No. _9_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 432.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,   Case No. _____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:**   *0944* | | H--Husband W--Wife J--Joint C--Community | | | | |
| *Representing:* *Comm Cash* | | *1932 S. Alma School Road* *Ste B 107* *Mesa AZ 85210* | | | | |
| **Account No:** *Creditor # : 42* *Compass Bank* *14852 Preston Road* *Dallas  TX 75254* | *W* | *Bank Debt* | | | | *$ 1,021.00* |
| **Account No:**   *5387* *Creditor # : 43* *Conns Credit Corp.* *3295 College St.* *Beaumont  TX 77701* | *W* | *LOAN* | | | | *$ 398.00* |
| **Account No:**   *5264* *Creditor # : 44* *CONvergent OUtsourcing* *800 SW 39th St.* *Renton WA 98057* | *W* | *debt -* | | | | *$ 517.00* |
| **Account No:**   *5264* *Creditor # : 45* *CONvergent Outsourcing Inc* *800 SW 39th St.* *Renton WA 98057* | *J* | *LOAN* | | | | *$ 787.00* |

Sheet No. _10_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | *$ 2,723.00*
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,      Case No._____
              **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   6867 Creditor # : 46 Coserv PO Box 650785 Dallas TX 75265-0785 | | W   Utility Bills | | | | $ 213.00 |
| Account No:   6867 Representing: Coserv | | Credit Protection Association 13355 Noel Road Ste 2100 Dallas TX 75240 | | | | |
| Account No:   1668 Creditor # : 47 Credit Bureau Hitchinson 149 Thompson Ave Ste 212 West St. Paul   MN 55118-0160 | | W   Credit Card Debt | | | | $ 681.00 |
| Account No:   3808 Creditor # : 48 Credit Mangagement 17070 Dallas Parkway Dallas   TX 75248 | | W   debt - | | | | $ 573.00 |
| Account No:   6255 Creditor # : 49 Credit Protection PO Box 802068 Dallas TX 75380 | | W   Credit Protection | | | | $ 168.00 |

Sheet No.   11   of   54   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                Subtotal $ | $ 1,635.00
                                                                  Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,     Case No. _____
              **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8625 Creditor # : 50 Credit Protection Associates 13355 Noel Rd Suite 2100 Dallas TX 75240 | | W | Credit Protection | | | | $ 558.00 |
| Account No:   5834 Creditor # : 51 Dallas Baptist University 3000 Mountain Creek Parkway Dallas TX 75211-9299 | | W | 7/14/12 School loan Shelby R. Holmes | | | | $ 2,499.00 |
| Account No:   3414 Creditor # : 52 Direct Consolidated Subsidized c/o Direct Loan Servicing Cent PO Box 5609 Greenville TX  75403-5609 | | W | Student Loan Shawn R. Holmes 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 Loan Sate: 7/20/12 Outstanding Interest $80 Outst | | | | $ 20,527.00 |
| Account No:   3025 Creditor # : 53 Direct Consolidated Subsidized Direct Loan Servicing enter PO Box 5609 Greenville TX 754035609 | | H | School loan Shelby Holmes | | | | $ 13,266.00 |
| Account No:   3025 Creditor # : 54 Direct Consolidated Subsidized Direct Loan Servicing Center PO Box 5609 Greenville TX 754035609 | | H | Student Loan Shelby Holmes | | | | $ 5,521.00 |

Sheet No. _12_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 42,371.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_                          ,      Case No. _____

**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3414<br>Creditor # : 55<br>Direct Consolidated Unsubsidized<br>c/o Direct Loan Servicing Cent<br>PO Box 5609<br>Greenville TX 754035 | | J | | | | | $ 0.00 |
| Account No:   3025<br>Creditor # : 56<br>DIrect Consolidated Unsubsidized<br>Dept of Ed/Sallie Mae<br>PO Box 9635<br>Wilkes Barre PA 187739635 | | W | Student Loan<br>Shleby Holmes | | | | $ 20,527.00 |
| Account No:   3414<br>Creditor # : 57<br>Direct Consolidated Unsubsidized<br>c/o Direct Loan Servicing Cent<br>PO Box 5609<br>Greenville TX 750435609 | | W | Student Loan<br>Shawn R. Holmes ..........3414<br>Loan Date: 7/20/12<br>Outstanding Interest $452 Outst | | | | $ 20,238.00 |
| Account No:   3025<br>Creditor # : 58<br>Direct Consolidated Unsubsidized<br>Direct LOan Servicing Center<br>PO Box 5609<br>Greenville TX 754035609 | | H | Student Loan<br>Shelby Holmes | | | | $ 5,107.00 |
| Account No:   3414<br>Creditor # : 59<br>Direct Stafford Unsubsidized<br>Po Bos 5609<br>Greenville TX 754035609 | | W | Student Loan<br>Shawn R. Holmes *****3414<br>Loan Date: 9/8/11<br>Outstanding Principle $0, Outst | | | | $ 0.00 |

Sheet No. __13__ of __54__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 45,872.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,  Case No. _____
        **Debtor(s)**                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **3414**<br>Creditor # : 60<br>Direct Stafford Subsidized<br>Dept of Ed/Sallie Mae<br>PO Box 9635<br>Wilkes Barre PA 187739635 | | W | Student Loan<br>Shawn R. HOlmes<br>Loan Date: 10/13/13 Outstanding<br>Principle: $3844 Outstanding | | | | $ 3,750.00 |
| Account No: **3025**<br>Creditor # : 61<br>Direct Stafford Subsidized<br>U.S. Dept of Education/2009-10<br>830 First St NE<br>Washington DC  20202 | | H | 9/6/12<br>Student Loan<br>Shawn Holmes | | | | $ 4,250.00 |
| Account No: **3414**<br>Creditor # : 62<br>Direct Stafford Subsidized<br>Dept of Ed/Sallie Mae<br>Po Box 9635<br>Wilkes Barre PA 187739635 | | W | Student Loan<br>Shawn Holmes | | | | $ 8,500.00 |
| Account No: **3025**<br>Creditor # : 63<br>Direct Stafford Subsidized<br>Dept of Ed/Sallie Mae<br>PO Box 9635<br>Wilkes Barre PA 187739635 | | H | Student Loan | | | | $ 8,500.00 |
| Account No: **3414**<br>Creditor # : 64<br>Direct Stafford Subsidized<br>Dept of Ed/Sallie Mae<br>PO Box 9635<br>Wilkes Barre PA 18773965 | | W | Student Loan<br>Shawn Holmes | | | | $ 3,750.00 |

Sheet No. __14__ of __54__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 28,750.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,        Case No. _____
　　　　　　**Debtor(s)**                                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **3414**<br>Creditor # : 65<br>Direct Stafford Subsidized<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville TX 754035609 | | H | Student Loan<br>Shawn Holmes | | | | $ 5,500.00 |
| Account No: **3025**<br>Creditor # : 66<br>Direct Stafford Subsidized<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville TX 754035609 | | H | Student Loan<br>Shelby Holmes | | | | $ 2,750.00 |
| Account No: **3414**<br>Creditor # : 67<br>Direct Stafford Subsidized<br>Dept Ed/Sallie Mae<br>Po Box 9635<br>Wilkes Barre PA 187739635 | | W | Student Loan<br>Shawn R. Holmes *****3414<br>Loan Date: 9/8/11 Outstanding<br>Principle:$7165 Outst Interest: $0 | | | | $ 6,989.00 |
| Account No: **3025**<br>Creditor # : 68<br>Direct Stafford Subsidized<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville TX 754035609 | | H | Student Loan<br>Shelby Holmes | | | | $ 2,300.00 |
| Account No: **3414**<br>Creditor # : 69<br>DIrect Stafford Subsidized<br>Dept of Ed/Sallie Mae<br>PO Box 9635<br>Wilkes Barre PA 187739635 | | W | Student Loan<br>Shawn R. Holmes *****3414<br>Loan Date: 9/8/11<br>Outstanding Principal $7165 Outst | | | | $ 6,989.00 |

Sheet No. __15__ of __54__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 24,528.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,          Case No. _____
        **Debtor(s)**                                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   *3414*<br><br>*Creditor # : 70*<br>*Direct Stafford Subsidized*<br>*Dept of Ed/Sallie Mae*<br>*PO Box 9635*<br>*Wilkes Barre PA 187739635* | W | *Student Loan*<br>*Shawn R. Holmes *****3414*<br>*Loan Date: 9/10/10 Outstanding*<br>*Principle: $8715 Outst Interest $0* | | | | $ 8,500.00 |
| Account No.   *3414*<br><br>*Creditor # : 71*<br>*Direct Stafford Unsubsidized*<br>*Dept of Ed/Salie Mae*<br>*PO Box 9635*<br>*Wilkes Barre PA 187739635* | W | *Student Loan*<br>*Shawn R Holmes ..........3414*<br>*Loan Date: 9/6/12*<br>*Outstanding Prin $20,500* | | | | $ 20,500.00 |
| Account No.<br><br>*Creditor # : 72*<br>*Direct Stafford Unsubsidized*<br>*c/o Direct Loan Servicing Cent*<br>*PO Box 5609*<br>*Greenville TX  754035609* | W | *Student Loan*<br>*Outstanding Interest $293*<br>*Outstanding Principle $20,500* | | | | $ 20,500.00 |
| Account No.   *3414*<br><br>*Creditor # : 73*<br>*DIrect Stafford Unsubsidized*<br>*Dept of Ed/Sallie Mae*<br>*PO Box 9635*<br>*Wilkes Barre PA 187739635* | W | *Student Loan*<br>*Shawn R. Holmes *****3414* | | | | $ 12,000.00 |
| Account No.   *3025*<br><br>*Creditor # : 74*<br>*Direct Stafford Unsubsidized*<br>*Dept of Ed/Sallie Mae*<br>*PO Box 9635*<br>*Wilkes Barre PA 187739635* | H | *Student Loan*<br>*Shelby Holmes* | | | | $ 6,000.00 |

Sheet No. _16_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 67,500.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,      Case No. _____
           **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  3025<br>Creditor # : 75<br>Direct Stafford Unsubsidized<br>Dept of Ed/Sallie Mae<br>PO Box 9635<br>Wilkes Barre PA 187739635 | | H | Student Loan<br>Shelby Holmes | | | | $ 3,801.00 |
| Account No:  3025<br>Creditor # : 76<br>Direct Stafford Unsubsidized<br>Direct Loan Servicing Center<br>PO Box 5609<br>Greenville TX 754035609 | | H | Student Loan<br>Shelby Holmes | | | | $ 2,750.00 |
| Account No:  3025<br>Creditor # : 77<br>Direct Stafford Unsubsidized<br>Dept of Ed/Sallie Mae<br>Po Box 9635<br>Wilkes Barre PA 187739635 | | H | Student Loan<br>Shelby Holmes | | | | $ 11,030.00 |
| Account No:  3025<br>Creditor # : 78<br>Direct Stafford Unsubsidized<br>Dept of Ed/Sallie Mae<br>PO Box 9635<br>Wilkes-Barre PA 187739635 | | H | Student Loan<br>Shelby Holmes *****3025 | | | | $ 10,699.00 |
| Account No:  3414<br>Creditor # : 79<br>Direct Stafford Unsubsidized<br>Dept of Ed/Sallie Mae<br>PO Box 9635<br>Wilkes Barre PA 187739635 | | W | Student Loan<br>Shawn R. Holmes | | | | $ 2,750.00 |

Sheet No.  17  of  54  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 31,030.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,      Case No._____
　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:    3414 | W | | | | | $ 12,000.00 |
| Creditor # : 80 Direct Stafford Unsubsidized Dept of Ed/Sallie Me PO Box 9635 Wilkes Barre PA 187739635 | | Student Loan Shawn R. Holmes *****3414 Loan Date: 9/10/10 Outstanding principle: $13118 Outst Interest | | | | |
| Account No:    3414 | W | | | | | $ 4,500.00 |
| Creditor # : 81 Direct Stafford Unsubsidized Dept of Ed/Sallie Mae PO Box 9635 Wilkes Barre PA 187739635 | | Student Loan Shawn R. Holmes | | | | |
| Account No:    3414 | W | | | | | $ 0.00 |
| Creditor # : 82 Direct Stafford Unsubsidized Direct Loan Servicing Center Po Box 5609 Greenville TX 754035609 | | Student Loan Shawn R. Holmes *****3414 Loan Date: 9/8/11 Outstanding Principle: $0 | | | | |
| Account No:    3414 | W | | | | | $ 20,500.00 |
| Creditor # : 83 Direct Stafford Unsubsidized c/o Direct Loan Serviceing Cnt PO Box 5609 Greenville TX 754035609 | | Student Loan Shawn R. Holmes *****3414 Loan Date 9/6/12 Outstanding interest $293 | | | | |
| Account No:    3414 | W | | | | | $ 2,750.00 |
| Creditor # : 84 Direct Stafford Unsubsidized Dept of Ed/Sallie Mae PO Box 9635 Wilkes Barre PA 187739635 | | Student Loan Shawn R. Holmes *****3414 Loan Date: 10/05007 Outstanding Principle: $3592 Outstanding | | | | |

Sheet No.   18  of    54  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 39,750.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,   Case No._____
         **Debtor(s)**                                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   3414<br>Creditor # : 85<br>Direct Stafford Unsubsidized<br>Dept of Ed/Sallie MAe<br>PO Box 9635<br>Wilkes Barre PA 18773-9635 | W | Student Loan<br>Shawn R. Holmes *****3414<br>Loan Date: 1/26/07 Outstanding<br>Principle:$ 6028 | | | | $ 4,500.00 |
| Account No.   6887<br>Creditor # : 86<br>DIrect TV<br>c/o Collectech Systems<br>PO Box 361567<br>Columbus OH 361567 | W | Utility Bills | | | | $ 1,077.00 |
| Account No.   2224<br>Creditor # : 87<br>DIsney Movie Club<br>PO Box 758<br>Neenah  WI 54957-0758 | H | 7/9/12<br>Movie Club | | | | $ 115.68 |
| Account No.   2224<br><br>Representing:<br><br>DIsney Movie Club | | NOrth Shore Agency<br>9525 Sweet Valley Drive<br>Building A<br>Valley View OH 44125 | | | | |
| Account No.   9330<br>Creditor # : 88<br>Drect Energy<br>PO Box 3779330<br>Dallas TX 75265 | W | Utility Bills | | | | $ 251.00 |

Sheet No.   19  of   54  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 5,943.68

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,        Case No._____
           **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    3902 Creditor # : 89 Drive time c/o Pinnacle Credit Services PO Box 640 Hopkins MN 55343-0640 | | H | Auto Loan | | | | $ 16,843.00 |
| Account No:    5038 Creditor # : 90 Drive Time PO Box 29018 Phonix AZ 85038 | | W | Auto Loan | | | | $ 9,527.00 |
| Account No:    733 Creditor # : 91 Dynamic Recovery Systems 4101 Mc Ewen Rd, Ste 150 Farmers Branch   TX 75244 | | W | debt - | | | | $ 302.00 |
| Account No:    9 Creditor # : 92 EdS Credit Union Po Box 250169 Plano TX 75025 | | H | debt - | | | | $ 0.00 |
| Account No:    6299 Creditor # : 93 Enhanced Recovery 8014 Bayberry Rd Jacksonville FL 32256 | | W | Collection Agency | | | | $ 128.00 |

Sheet No. _20_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 26,800.00
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,          Case No. _____
           **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    6329<br>Creditor # : 94<br>Enhanced Recovery<br>8014 Bayberry Rd<br>Jacksonville FL 32256 | W | debt - | | | | $ 163.00 |
| Account No.    6215<br>Creditor # : 95<br>Enhanced Recovery<br>8015 Bayberry Rd<br>Jacksonville FL 32256 | W | Collection Agency | | | | $ 306.00 |
| Account No.    6277<br>Creditor # : 96<br>Enhanced Recovery<br>8014 Bayberry Rd<br>Jacksonville FL 32256 | W | debt - | | | | $ 421.00 |
| Account No.    6685<br>Creditor # : 97<br>Fair Collection<br>12304 Baltimore  Avenue<br>Beltsville MD 20705 | W | Collection Agency | | | | $ 3,445.00 |
| Account No.    366<br>Creditor # : 98<br>Fair Collections & Outsourcing<br>12304 Baltimore Ave<br>Suite E<br>Beltsville MD 20705 | W | debt - | | | | $ 3,445.00 |

Sheet No. __21__ of __54__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                    Subtotal $        $ 7,780.00
                                                      Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,      Case No. _____
   **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **4260** <br> *Creditor # : 99* <br> *FCNB Master Trust* <br> *PO Box 922968* <br> *Norcross  GA 30010* | | W *Credit Reporting* | | | | $ 1,200.00 |
| Account No: **3414** <br> *Creditor # : 100* <br> *FFel Consolidated* | | W *Student Loan* <br> *Shawn R. Holmes* <br> *Loan Date: 1/15/06 Outstanding* <br> *Principle:$0 Outstanding Interest:* | | | | $ 35,919.00 |
| Account No: <br> *Creditor # : 101* <br> *Fifth Third Bank* <br> *Chicago* <br> *PO Box 630778* <br> *Cincinnati OH 45263* | | W *Bank Debt* | | | | $ 750.00 |
| Account No: **1943** <br> *Creditor # : 102* <br> *First Premier Bank* <br> *c/o Arrow Financial Services* <br> *5996 W. Touhy* <br> *Niles IL 60714* | | W *Bank Debt* | | | | $ 691.00 |
| Account No: **7050** <br> *Creditor # : 103* <br> *First Premier Bank* <br> *900 W. Delaware* <br> *Sioux Falls SD 57104* | | W *Bank Debt* | | | | $ 477.00 |

Sheet No. __22__ of __54__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ____$ 39,037.00____
Total $ _____

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_                                      ,     Case No. _____
                            **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   4720<br><br>Creditor # : 104<br>First Premier Bank<br>3820 N. Louise Ave<br>Sioux Falls SD 57107-0145 | W | Bank Debt | | | | $ 474.00 |
| Account No.   1619<br><br>Creditor # : 105<br>Health Texas Provider Network<br>Po Box 844128<br>Dallas TX 75284 | W | Medical Bills | | | | $ 30.00 |
| Account No.   3442<br><br>Creditor # : 106<br>Household Bank<br>c/o First Nat'l Collection Bur<br>810 Waltham Way<br>Sparks NV 89434 | W | Bank Debt | | | | $ 1,074.00 |
| Account No.   3442<br><br>Representing:<br><br>Household Bank | | First Nat'l Collection Bureau<br>810 Waltham Way<br>Sparks NV 89434 | | | | |
| Account No.   5060<br><br>Creditor # : 107<br>HSBC<br>c/o LVNV Funding LLC<br>1145 Sanctuary Parkway, Ste 35<br>Alpharetta GA 30009 | H | LOAN | | | | $ 392.00 |

Sheet No.   23   of   54   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                $ 1,970.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,   Case No._____
　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _5060_  Creditor # : 108 HSBC Bank PO Box 5253 Carol Stream IL 60197 | | W  Bank Debt | | | | $ 604.00 |
| Account No: _6762_  Creditor # : 109 HSBC Bank Plat MPL PO Box 5253 Carol Stream IL 60197 | | W  LOAN | | | | $ 783.78 |
| Account No: _6762_  Representing:  HSBC Bank Plat MPL | | LVNV Funding LLC PO Box 3038 Evansville In 47730 | | | | |
| Account No: _5060_  Creditor # : 110 HSBC Bank PO Box 5253 Carol Stream IL 60197 | | W  Bank Debt | | | | $ 604.00 |
| Account No: _8210_  Creditor # : 111 HSBC Bank PO Box 5253 Carol Stream IL 60197 | | W  Bank Debt | | | | $ 0.00 |

Sheet No. _24_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $　　　$ 1,991.78
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_ ,          Case No. _____
             **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   1388  Creditor # : 112 HSBC Bank PO Box 5253 Carol Stream IL 60197 | | W | Bank Debt | | | | $ 681.00 |
| Account No:   8166  Creditor # : 113 HSBC/Orchard Bank Po Box 60501 City ofIndurstry CA 91716-0501 | | W | 8/8/12 LOAN | | | | $ 794.98 |
| Account No:   8166  Representing:  HSBC/Orchard Bank | | | Convergent Outsourcing, Inc. 10750 Hammerly Blvd #200 Houston TX 77043 | | | | |
| Account No:   89Hw  Creditor # : 114 HSN 1 HSN Drive St. Petersburg FL 33729 | | W | Charge | | | | $ 191.00 |
| Account No:   89Hw  Representing:  HSN | | | CPS Security Po Box 33698 San Antonio TX 78265 | | | | |

Sheet No.  _25_  of  _54_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,666.98

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,  Case No. _____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    167 | | J | | | | | $ 1,054.00 |
| Creditor # : 115 Hunter Warfield, Inc 4620 Woodland Corporate Blvd Tampa FL 33614 | | | debt - | | | | |
| Account No.    1300 | | W | | | | | $ 58.00 |
| Creditor # : 116 Jewel c/o Heller and Frisone 33 N. LaSalle Street Chicago IL 60602 | | | Food | | | | |
| Account No.    3414 | | W | | | | | $ 180.00 |
| Creditor # : 117 Joliet Junior College 1215 Houbolt Joliet IL 60431 | | | debt to school | | | | |
| Account No.    6722 | | W | | | | | $ 33.00 |
| Creditor # : 118 Laboratory Corp of America PO Box 2240 Burlington NC 27216-2240 | | | Medical Bills | | | | |
| Account No.    6722 | | | | | | | |
| Representing: Laboratory Corp of America | | | Oxford Collections 135 Maxess Road Melville NY 11747-3515 | | | | |

Sheet No.  26  of  54  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 1,325.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_ ,   Case No. _____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   7828<br>Creditor # : 119<br>Lifetech Health Services, Inc.<br>17600 Chesterfield Airport<br>Chesterfield MO 63005 | | W | Medical Bills | | | | $ 331.00 |
| Account No:   1388<br>Creditor # : 120<br>LNV Funding LLC<br>PO Box 10497<br>Greenville SC 29603 | | W | LOAN | | | | $ 743.00 |
| Account No:   1388<br>Representing:<br>LNV Funding LLC | | | HSBC Orchard Standard<br>PO Box 60501<br>City of Industry CA 91716-0501 | | | | |
| Account No:<br>Creditor # : 121<br>LVNV Funding LLC<br>PO BOX 10584<br>Greenville SC 29603 | | W | Collection Agency | | | | $ 902.00 |
| Account No:   1080<br>Creditor # : 122<br>Macy's<br>PO Box 689195<br>Des Moines IA 50368 | | W | Credit Card Purchases | | | | $ 250.00 |

Sheet No. _27_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 2,226.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,        Case No. _____

        **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    3515 | | W | | | | | $ 120.00 |
| Creditor # : 123 Med 01 02 Six Day Dental Orthodontists c/o NCO Financial Systems PO Box 41466 Philadelphia PA 19101-7346 | | | Medical Bills | | | | |
| Account No.    0014 | | W | | | | | $ 45.00 |
| Creditor # : 124 Metabank 5501 S. Broadband Lane Sioux Falls SD 857108 | | | Bank Debt | | | | |
| Account No.    3264 | | W | | | | | $ 1,204.00 |
| Creditor # : 125 Midland Funding 8875 Aero Drive San Diego CA 92123 | | | Collection Agency | | | | |
| Account No.    3152 | | W | | | | | $ 1,230.00 |
| Creditor # : 126 Midland Funding 8876 Aero Dr Sandiego CA 92124 | | | Collection Agency | | | | |
| Account No.    0635 | | W | | | | | $ 120.00 |
| Creditor # : 127 NCO Financial PO Box 15372 Wilmington DE 19820 | | | debt Colleciton Co | | | | |

Sheet No.   28  of   54  continuation sheets attached to Schedule of                    Subtotal $          $ 2,719.00
Creditors Holding Unsecured Nonpriority Claims                                          Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,     Case No. _____
          **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** *6199* <br> *Creditor # : 128* <br> *NCO Financial Services* <br> *507 Prudential Road* <br> *Horsham PA  19044* | | W <br> *Bank Debt* | | | | $ 421.00 |
| **Account No:** *J178* <br> *Creditor # : 129* <br> *NCO Financial Systems* <br> *507 Prudential Road* <br> *Horsham PA 19044* | | W <br> *LOAN* | | | | $ 1,327.00 |
| **Account No:** *67-4* <br> *Creditor # : 130* <br> *NICOR GAS* <br> *Po Box 5407* <br> *Carol Stream IL 60197-5407* | | H <br> *9/25/12* <br> *Utility Bills* | | | | $ 378.96 |
| **Account No:** *3033* <br> *Creditor # : 131* <br> *NICOR GAS* <br> *PO Box 0632* <br> *Aurora IL 60507-0632* | | H <br> *5/25/12* <br> *Utility Bills* | | | | $ 190.00 |
| **Account No:** *3586* <br> *Creditor # : 132* <br> *North Texas Tollway Authority* <br> *PO Box 260928* <br> *Plano TX 75026* | | H <br> *Tollway Fines* | | | | $ 11.23 |

Sheet No. __29__ of __54__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,328.19

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,   Case No. _____
           **Debtor(s)**                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   *1198* <br><br> *Creditor # : 133* <br> *Northern Resolution Group* <br> *PO Box 566* <br> *Amherst NY 14226* | | W | *LOAN* | | | | $ 570.00 |
| Account No.   *5060* <br><br> *Creditor # : 134* <br> *Orchard Bank* <br> *c/o Branchfeld Law* <br> *20300 S. Vermont* <br> *Torrence CA 90502* | | W | *Bank Debt* | | | | $ 865.00 |
| Account No.   *0098* <br><br> *Creditor # : 135* <br> *Palisades Collection LLC* <br> *210 Sylvan Ave* <br> *Englewood CLFS NJ 07632* | | W | *debt Colleciton Co* | | | | $ 1,175.00 |
| Account No.   *6686* <br><br> *Creditor # : 136* <br> *Pathologists Bio Medical Laboratories* <br> *3600 Gaston Ave* <br> *Dallas TX 75246* | | W | *Medical Bills* | | | | $ 5.00 |
| Account No.   *8068* <br><br> *Creditor # : 137* <br> *Pepco* | | H | *5/23/12* <br> *Utility Bills* | | | | $ 427.89 |

Sheet No.   _30_ of   _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   |   $ 3,042.89
**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,          Case No._____
        **Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   8068 Representing: Pepco | | | CBCS PO Box 2589 Columbus OH 43216-3250 | | | | |
| Account No.   8930 Creditor # : 138 PEpco PO Box 13608 Philadelphia PA 19101-7346 | | H | debt - | | | | $ 1,448.00 |
| Account No. Creditor # : 139 Pharmacare Inc. 2537 Golden Bear Drive Carrollton TX 75006 | | W | Medical Bills | | | | $ 195.00 |
| Account No.   1168 Creditor # : 140 Plano Public Library System 2501 Coit Road Plano TX 75075 | | H | Library Loan | | | | $ 94.00 |
| Account No.   3232 Creditor # : 141 PNC Bank 2730 Liberty Ave Pittsburgh PA 15222 | | W | Bank Debt | | | | $ 225.00 |

Sheet No.   31  of   54  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,962.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,       Case No._____
**Debtor(s)**                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 142 <br> PNC Bank <br> 249 5th Ave. Ste. 30 <br> Pittsburgh PA 15222 | | W | Bank Debt | | | | $ 600.00 |
| Account No:    3232 <br> Creditor # : 143 <br> PNC Bank <br> 600 East Crescent <br> UpperSaddleRiver NJ 07458 | | W | Bank Debt | | | | $ 225.00 |
| Account No:    337 <br> Creditor # : 144 <br> PRarie Estates <br> 1350 Main Street <br> Frisco TX 75034 | | W | Medical Bills <br> Medical bill of Shawn's grandmother | | | | $ 15,932.00 |
| Account No: <br> Creditor # : 145 <br> Primrose School of N. Plano <br> 5801 Coit Road <br> Plano TX 75093 | | J | School loan | | | | $ 535.00 |
| Account No: <br> Creditor # : 146 <br> PROgressive <br> 6300 Wilson Mills Road <br> Box W33 <br> Mayfield Village OH 44143 | | H | Insurance | | | | $ 0.00 |

Sheet No. _32_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 17,292.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,          Case No. _____
　　　　　　　**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0069  Creditor # : 147 PROgressive Advanced Insurance Co The Progressive Corporation 6300 Wilson Mills Road Mayfield Village OH 44143 | | W | 6/1/12 Insurance | | | | $ 160.00 |
| Account No:    0069  Representing:  PROgressive Advanced Insurance Co | | | Credit Collection Services Two Wells Avenue Newton MA 02459 | | | | |
| Account No:    8092  Creditor # : 148 PROvena St. Joseph Health Medical Center P.O. Box 88097 Chicago IL 60680-1097 | | W | 3/30/12 Medical Bills | | | | $ 125.00 |
| Account No:  Creditor # : 149 Reliant Energy Po Box 650475 Dallas TX 75265 | | J | | | | | $ 0.00 |
| Account No:    6069  Creditor # : 150 Reliant Energy Retail Services PO Box 15391 Wilmington DE 19850 | | J | Utility Bills | | | | $ 200.00 |

Sheet No.   _33_ of   _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 485.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,        Case No. _____
            **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    7611 | | H | | | | | $ 3,500.00 |
| Creditor # : 151 Rolling Hills 19228 Circle Gate Drive Germantown MD 20874 | | | debt - | | | | |
| Account No:    0001 | | W | | | | | $ 30.00 |
| Creditor # : 152 Seth D. Kaplan MD c/o IC System INC PO Box 64378 St. Paul MN 55164-0437 | | | Medical Bills | | | | |
| Account No:    -000 | | H | 3/21/12 | | | | $ 201.87 |
| Creditor # : 153 Shorewood Illinois One Towne Center Blvd. Shorewood IL 60404 | | | Utility Bills | | | | |
| Account No:    0382 | | J | | | | | $ 120.00 |
| Creditor # : 154 Six Day Dental c/o NCO Financial 507 Prudential Road Horsham PA 19044 | | | dental | | | | |
| Account No:    0382 Representing: Six Day Dental | | | NCO Financial 507 Prudential Road Horsham PA 19044 | | | | |

Sheet No.   34  of   54  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $              $ 3,851.87

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,          Case No. _____
          **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   0426  Creditor # : 155 Southwest Credit 4120 International Parkway Carrollton  TX 75007-1912 | | W | LOAN | | | | $ 131.60 |
| Account No:   0426  Creditor # : 156 Southwest Credit 4120 International Parkway Carrollton TX 75007-1912 | | W | debit | | | | $ 131.60 |
| Account No:   3140  Creditor # : 157 Southwestern Bell Telephone 700 Longwater Drive Norwell MA 2061 | | W | Telephone | | | | $ 432.00 |
| Account No:   3414  Creditor # : 158 Speedy Cash 3611 North Ridge Road Wichita KS 67206 | J | | LOAN | | | | $ 503.00 |
| Account No:   2080  Creditor # : 159 Speedy Cash c/o Ad Astra Recovery Services 3607 N. Ridge Rd  STE 106 Wichita KS 67205 | | W | LOAN | | | | $ 657.00 |

Sheet No. _35_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $            $ 1,855.20

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,   Case No. _____
**Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  0450 _Creditor # : 160_ _Sprint PCS_ _c/o Calvary Portfolio Srvs_ _7 Skyline Drive_ _Hawthorne NY 10532_ | W | _Cell Phone_ | | | | $ 243.00 |
| Account No:  0450 _Representing:_ _Sprint PCS_ | | _Sprint PCS_ _7 Skyline Drive_ _Hawthorne NY 10532_ | | | | |
| Account No: _Creditor # : 161_ _Sprint Wireless_ _PO Box 8077_ _London KY 40742_ | W | _Utility Bills_ | | | | $ 200.00 |
| Account No:  3414 _Creditor # : 162_ _Stafford Loan Unsubsidized_ _US Dept of Education20082009_ _830 First St. NE_ _Washington DC  20202_ | W | _Student Loan_ _Shawn R. Holmes *****3414_ | | | | $ 5,450.00 |
| Account No:  3414 _Creditor # : 163_ _Stafford Loan Unsubsidized_ _U.S.Dept of Education/20092010_ _800 First St NE_ _Washington DC  20202_ | W | _Student Loan_ _Shawn R. Holmes *****3414_ | | | | $ 646.00 |

Sheet No. _36_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 6,539.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____,  Case No._____
**Debtor(s)**  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | |
| Account No:  3025<br>Creditor # : 164<br>Stafford Loan Unsubsidized<br>U.S. Dept of Ed./2009-2010<br>Washington DC  20202 | H | Student Loan<br>Shelby Holmes | | | | $ 8,004.00 |
| Account No:  3025<br>Creditor # : 165<br>Stafford Loan Subsidized<br>U.S. Dept of Education20082009<br>830 First St. NE<br>Washington DC  20202 | H | Student Loan<br>Shelby Holmes | | | | $ 8,500.00 |
| Account No:  3025<br>Creditor # : 166<br>Stafford Loan Sudsidized<br>US Dept of Education2008209<br>830 First St. NE<br>Washington DC  20202 | H | Student Loan<br>Shelby Holmes | | | | $ 554.00 |
| Account No:  3025<br>Creditor # : 167<br>Stafford Loan Unsubsidized<br>U.S. Dept of Education/2009-20<br>830 First St NE<br>Washington DC  20202 | H | Student Loan<br>Shelby Holmes | | | | $ 6,000.00 |
| Account No:  3414<br>Creditor # : 168<br>Stafford Subsidized<br>US Dept of Ed20082009<br>830 First St NE<br>Washington DC  20211 | W | Student Loan<br>Shawn R. Holmes | | | | $ 5,500.00 |

Sheet No. _37_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 28,558.00

Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,    Case No. _____

**Debtor(s)**    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    3414<br>Creditor # : 169<br>Stafford Subsidized<br>U.S. Dept of Ed<br>830 First St. NE<br>Washington DC  20202 | W | Student Loan<br>Shawn R. Holmes<br>Loan Date: 09/05/01 Outstanding<br>Principle: $0 Outstanding Interest: | | | | $ 3,500.00 |
| Account No:    3414<br>Creditor # : 170<br>Stafford Subsidized<br>U.S. Dept of Ed<br>830 First St NE<br>Washingon DC  20203 | W | Student Loan<br>Shawn R. Holmes *****3414<br>Loan Date: 12/29/09 Outstanding<br>Principle $4357 Outstanding | | | | $ 4,250.00 |
| Account No:<br>Creditor # : 171<br>Stafford Subsidized<br>U.S. Dept of Ed<br>800 First St NE<br>Washington DC  20204 | J | | | | | $ 0.00 |
| Account No:    3414<br>Creditor # : 172<br>Stafford Subsidized<br>U.S. Dept of Ed<br>830 First St NE<br>Washington DC  20204 | W | Student Loan<br>Shawn R. Holmes *****3414<br>Loan Date: 09/01/99 Outstanding<br>Principle: $0 Outstanding Interest: | | | | $ 2,625.00 |
| Account No:    3414<br>Creditor # : 173<br>Stafford Subsidized<br>U.S.Dept of Education<br>830 First St NE<br>Washingon DC  20202 | W | Student Loan<br>Shawn R. Holmes *****3414<br>Loan Date: .2/06/03 Outstanding<br>Principal: $0 Outstanding Interest: | | | | $ 1,750.00 |

Sheet No. _38_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 12,125.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____,      Case No._____
           **Debtor(s)**                                                            (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **3414**<br>Creditor # : 174<br>Stafford Subsidized<br>US Dept Ed20082009<br>830 First St NE<br>Washington DC  20207 | W | Student Loan<br>Shawn R. Holmes *****3414 | | | | $ 8,500.00 |
| Account No: **3414**<br>Creditor # : 175<br>Stafford Subsidized<br>U.S.Dept of Education<br>830 First St NE<br>Washington DC  20202 | W | Student Loan<br>Shawn R. Holmes<br>Loan Date: 08/30/00 Outstanding<br>Principle: $0 Outstanding Interest | | | | $ 3,500.00 |
| Account No: **3414**<br>Creditor # : 176<br>Stafford Subsidized<br>U.S.Dept of Education<br>830 First St NE<br>Washington DC  20204 | W | Student Loan<br>Shawn R. Holmes<br>Loan Date: 09/02/03 Outstanding<br>Principle: $0 Outstanding Interest | | | | $ 5,500.00 |
| Account No: **3414**<br>Creditor # : 177<br>Stafford Subsidized<br>U.S. Dept of Education<br>830 First St. NE<br>Washington DC  20204 | W | Student Loan<br>Shawn R. Holmes *****3414<br>Loan Date: 7/15/04 Outstanding<br>Principle: $0 Outstanding Interest: | | | | $ 5,500.00 |
| Account No: **3414**<br>Creditor # : 178<br>Stafford Subsidized<br>U.S. Dept of Ed<br>820 First ST. NE<br>Washington DC  20205 | W | Student Loan<br>Shawn R. Holmes ........3414<br>Loan Date: 6/02/08 Outstanding<br>Principle: $384 Outstanding | | | | $ 5,500.00 |

Sheet No. _39_ of _54_ continuation sheets attached to Schedule of         Subtotal $        $ 28,500.00
Creditors Holding Unsecured Nonpriority Claims                                   Total $
                                                    (Use only on last page of the completed Schedule F. Report also on Summary of
                                                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,     Case No._____
         **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   3414 <br> Creditor # : 179 <br> Stafford Subsidized <br> US Dept of Ed 2009-2010 <br> 830 First St NE <br> Washington DC  20202 | W | Student Loan <br> Shawn R. Holmes | | | | $ 4,250.00 |
| Account No:   3414 <br> Creditor # : 180 <br> Stafford Subsidized <br> U.S. Dept of Ed <br> 830 First St. NE <br> Washington DC  20205 | W | School loan <br> Shawn R. HOlmes *****3414 <br> Loan Date: 1/05/09 Outstanding <br> Principle: $8715 Outstanding | | | | $ 8,500.00 |
| Account No:   3414 <br> Creditor # : 181 <br> Stafford Subsidized <br> U.S. Dept of Ed2009-2010 <br> 830 First St NE <br> Washington DC 20204 | W | Student Loan <br> Shawn R. Holmes | | | | $ 4,250.00 |
| Account No:   3025 <br> Creditor # : 182 <br> Stafford Unsubsidized <br> US Dept of Ed20092010 <br> 830 First St NE <br> Washingon DC  20206 | H | Student Loan <br> Shelby Holmes *****3025 | | | | $ 6,000.00 |
| Account No:   3414 <br> Creditor # : 183 <br> Stafford Unsubsidized <br> U.S. Dept of Ed 20082009 <br> 830 First St NE <br> Washington DC  20206 | W | Student Loan <br> Shawn R. Holmes *****3414 | | | | $ 8,004.00 |

Sheet No.  **40** of  **54** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    | $ 31,004.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,    Case No. _____
        **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.  3025<br><br>Creditor # : 184<br>Stafford Unsubsidized<br>US Dept of Ed 20092010<br>830 First St NE<br>Washington DC  20203 | H | Student Loan<br>Shelby. Holmes *****3025 | | | | $ 4,250.00 |
| Account No.  3414<br><br>Creditor # : 185<br>Stafford Unsubsidized<br>U.S. Dept of Ed<br>800 First St NE<br>Washington DC  20206 | W | Student Loan<br>Shawn R. HOlmes *****3414<br>Loan Date: 12/29/09<br>Outstanding Principle$4876 Outst | | | | $ 4,250.00 |
| Account No.  3414<br><br>Creditor # : 186<br>Stafford Unsubsidized<br>U.S. Dept of Ed<br>830 First St. NE<br>Washington DC  20204 | W | Student Loan<br>Shawn R. Holmes<br>Loan Date: 8/24/09 Outstanding<br>Principle: $7047 Outst Interest | | | | $ 6,000.00 |
| Account No.  3414<br><br>Creditor # : 187<br>Stafford Unsubsidized<br>U.S. Dept of Ed<br>830 First St,. NE<br>Washington DC  20205 | H | Student Loan<br>Shawn R Holmes<br>Loan Date: 4/1/09 Outstanding<br>Principle: $9638 Outstanding | | | | $ 8,004.00 |
| Account No.  3414<br><br>Creditor # : 188<br>Stafford Unsubsidized<br>US Dept of ED 20082009<br>830 First St NE<br>Washingon DC  20208 | W | Student Loan<br>Shawn R. Holmes | | | | $ 646.00 |

Sheet No.  41  of   54  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 23,150.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,     Case No. _____
        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   *3414* <br> *Creditor # : 189* <br> *Stafford Unsubsidized* <br> *U.S. Dept of Ed* <br> *830 First St NE* <br> *Washington DC  20205* | W | *Student Loan* <br> *Shawn R. Holmes ****3414* <br> *Outstanding Principle: $8217* <br> *Outstanding Interest: $460* | | | | $ 6,583.00 |
| Account No:   *3414* <br> *Creditor # : 190* <br> *Stafford Unsubsidized* <br> *U.S. Dept of Ed* <br> *830 First St NE* <br> *Washington DC  20205* | W | *Student Loan* <br> *Shawn R. HOlmes *****3414* <br> *Loan Date: 6/02/08 Outstanding* <br> *Principle: 724 Out standing* | | | | $ 2,021.00 |
| Account No:   *3414* <br> *Creditor # : 191* <br> *Stafford Unsubsidized* <br> *U.S. Dept of Ed* <br> *830 First St NE* <br> *Washington DC  20205* | W | *Student Loan* <br> *Shawn R. Holmes ****3414* <br> *Loan Date: 7/15/04 Outstanding* <br> *Principal: $0 Outstanding Interest:* | | | | $ 5,000.00 |
| Account No:   *3414* <br> *Creditor # : 192* <br> *Stafford Unsubsidized* <br> *U.S. Dept of Ed* <br> *830 First St NE* <br> *Washington DC  20205* | W | *Student Loan* <br> *Shawn R. Holmes* <br> *Loan Date: 09/02/03 Outstanding* <br> *Principle: $0 Outstanding Interest:* | | | | $ 5,000.00 |
| Account No:   *3414* <br> *Creditor # : 193* <br> *Stafford Unsubsidized* <br> *U.S.Dept of Ed* <br> *830 First St NE* <br> *Washington DC  20203* | W | *Student Loan* <br> *Shawn R. Holmes 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* <br> *Loan Date: 02/06/03  Outstanding* <br> *Principle:$0 Outstanding Interest:* | | | | $ 2,000.00 |

Sheet No. _42_ of _54_ continuation sheets attached to Schedule of      **Subtotal $**        $ 20,604.00
Creditors Holding Unsecured Nonpriority Claims
                                                                          **Total $**
                                              (Use only on last page of the completed Schedule F. Report also on Summary of
                                              Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelby Holmes and Shawn R. Holmes_ ,          Case No. _____

**Debtor(s)**                                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3414 <br><br> Creditor # : 194 <br> Stafford Unsubsidized <br> U.S. Dept of Ed <br> 830 First St. NE <br> Washington DC  20205 | | W | Student Loan <br> Shawn R. HOlmes *****3414 <br> Loan Date: 1/05/09 Outstanding <br> Principle: $785 Outstanding | | | | $ 646.00 |
| Account No:   3414 <br><br> Creditor # : 195 <br> Stafford Unsubsidized <br> U.S.Dept of Ed <br> 830 First St NE <br> Washingon DC  20205 | | W | Student Loan <br> Shawn R. Holmes <br> Loan Date: 08/30/00 <br> Outstanding Principle: $0 | | | | $ 2,500.00 |
| Account No:   3414 <br><br> Creditor # : 196 <br> Stafford Unsubsidized <br> US Dept of Ed 20082009 <br> 830 First St NE <br> Washington DC  20210 | | W | Student Loan <br> Shawn R. Holmes | | | | $ 0.00 |
| Account No:   3414 <br><br> Creditor # : 197 <br> Stafford Unsubsidized <br> US Dept of Ed 20082009 <br> 830 First St NE <br> Washington DC  20210 | | W | Student Loan <br> Shawn R. Holmes *****3414 | | | | $ 2,021.00 |
| Account No:   3414 <br><br> Creditor # : 198 <br> Stafford Unsubsidized <br> U.S Dept of Ed <br> 830 First St NE <br> Washingon DC  20205 | | J | Student Loan <br> Shawn R. Holmes <br> Loan Date: 09/05/01 Outstanding <br> Principle: $0 Outstanding Interest: | | | | $ 4,000.00 |

Sheet No.  _43_ of  _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 9,167.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,      Case No. _____
**Debtor(s)**                                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   3414 <br> Creditor # : 199 <br> Stafford Unsubsidized <br> US Dept of Education20082009 <br> 830 First St NE <br> Washington DC  20209 | | W | Student Loan <br> Shawn R. Holmes*****3414 | | | | $ 6,583.00 |
| Account No:   3414 <br> Creditor # : 200 <br> Stafford Unsubsidized <br> U.S. Dept of Ed <br> 830 First St NE <br> Washington DC  20205 | | W | Student Loan <br> Shawn R. Holmes *****3414 <br> Loan Date: 09/01/99 Outstanding <br> Principle: $0 Outstanding | | | | $ 687.00 |
| Account No:   6779 <br> Creditor # : 201 <br> STATEs Recovery Systems Inc <br> PO Box 2860 <br> Rancho Cordova CA 95742 | | W | debit | | | | $ 43.00 |
| Account No:   2066 <br> Creditor # : 202 <br> Suntrust Banknco Financial <br> System Inc <br> 507 Prudential Road <br> Horsham PA 19044 | | W | Bank Debt | | | | $ 421.45 |
| Account No:   8549 <br> Creditor # : 203 <br> Syndicated Office Systems <br> PO Box 660873 <br> Dallas  TX 75266 | | W | debt - | | | | $ 150.00 |

Sheet No. __44__ of __54__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 7,884.45

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,      Case No._____
**Debtor(s)**                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8016 <br> *Creditor # : 204* <br> *TCF National BAnk* <br> *199 Brookforest Avenue* <br> *Shorewood IL 60404* | | W | 10/30/12 <br> debit | | | | $ 715.50 |
| Account No:   8016 <br> *Representing:* <br> *TCF National BAnk* | | | *Millennium Credit Consultants* <br> *PO Box 18160* <br> *West St. Paul   MN 55118-0160* | | | | |
| Account No:   5323 <br> *Creditor # : 205* <br> *Tenet* <br> *c/o Centennial Medical Center* <br> *PO Box 830913* <br> *Birmingham AL 35283* | | W | *Medical Bills* | | | | $ 150.00 |
| Account No:   5323 <br> *Representing:* <br> *Tenet* | | | *Centennial Medical Center* <br> *PO Box 830913* <br> *Birmingham AL 35283* | | | | |
| Account No:   0327 <br> *Creditor # : 206* <br> *Texas Health Presbyterian Plano* <br> *1232 W. State  Rd 2* <br> *La Porte In 46350* | | W | *Medical Bills* | | | | $ 246.00 |

Sheet No.   45   of   54   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 1,111.50

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelby Holmes and Shawn R. Holmes_ ,          Case No. _____

**Debtor(s)**                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    0327 *Representing:* **Texas Health Presbyterian Plano** | | | **First Source Financial Solutio 1661 Lyndon Farm Court Louisville KY 40223** | | | | |
| Account No: **Creditor # : 207 The Cash Store 1701 N. Larkin Ave Suite 901 Crest Hill IL 60403** | | W | 6/15/12 *Cash Loan* | | | | $ 216.06 |
| Account No:    0468 **Creditor # : 208 The Lamar Group c/o Hunter Warfield 3111 W. Dr. MLK Jr Blvd FL2 Tampa FL 33607** | | H | *debt -* | | | | $ 1,054.00 |
| Account No:    6457 **Creditor # : 209 The Rental Store 7780 State Highway 121 Frisco TX 75034** | | W | *Credit Card Debt* | | | | $ 1,928.00 |
| Account No:    3458 **Creditor # : 210 The Rental Store 7780 State Highway 121 Frisco TX 75034** | | W | *Credit Card Debt* | | | | $ 1,951.00 |

Sheet No. __46__ of __54__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ ...... $ 5,149.06

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_ ,                    Case No. _____
         **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.    9177 <br><br>*Creditor # : 211* <br>*Time Warner North Texas* <br>*c/o Credit Management* <br>*4200 International Parkway* <br>*Carrollton TX  75007-1912* | | W | *Credit Card Debt* | | | | $ 787.00 |
| Account No.    9177 <br><br>*Representing:* <br><br>*Time Warner North Texas* | | | *Credit Management* <br>*4200 International Parkway* <br>*Carrolton TX 75007-1912* | | | | |
| Account No. <br><br>*Creditor # : 212* <br>*TLC Pediatrics of Frisco* <br>*6505 W. Park Blvd* <br>*Ste 306, PMB 355* <br>*Plano TX 75093* | | J | | | | | $ 30.00 |
| Account No.    7093 <br><br>*Creditor # : 213* <br>*Tmobile* <br>*PO Box 742596* <br>*Cincinnati OH 45274-0022* | | W | *Utility Bills* | | | | $ 1,062.00 |
| Account No. <br><br>*Creditor # : 214* <br>*TRIbute* <br>*PO Box 105555* <br>*Atlanta GA 30348-5555* | | W | *debt -* | | | | $ 974.00 |

Sheet No.   _47_ of   _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 2,853.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,     Case No. _____
**Debtor(s)**                                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   4910 |  | W |  |  |  |  | $ 662.00 |
| Creditor # : 215 TRIbute PO Box 105555 Atlanta GA 30348-5173 |  |  | Credit Card Debt |  |  |  |  |
| Account No:   5571 |  | J |  |  |  |  | $ 1,034.00 |
| Creditor # : 216 TRIbute Mastercard c/o Midland Credit Management 8875 Aero Drive San Diego CA 92123 |  |  |  |  |  |  |  |
| Account No:   5571 |  |  | Midland Credit Management Inc. 8875 Aero Drive San Diego CA 92123 |  |  |  |  |
| Representing:  TRIbute Mastercard |  |  |  |  |  |  |  |
| Account No:   3457 |  | W |  |  |  |  | $ 990.00 |
| Creditor # : 217 TRS Home Furnishing 7780 State Highway 121 Frisco TX 75034 |  |  | Furniture Purchase |  |  |  |  |
| Account No:   3458 |  | W |  |  |  |  | $ 980.00 |
| Creditor # : 218 TRS Home Furnishing 7780 State Highway 121 Frisco TX 75034 |  |  | Furniture Purchase |  |  |  |  |

Sheet No.  48  of   54  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 3,666.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,          Case No. _____

       **Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.   9037 <br> Creditor # : 219 <br> True Green <br> PO Box 869008 <br> Plano TX 75086 | | H | Lawn care service | | | | $ 143.00 |
| Account No.   4093 <br> Creditor # : 220 <br> TXU <br> PO Box Energy <br> 926100 <br> Dallas TX 75265 | | H | Utility Bills | | | | $ 1.00 |
| Account No.   6093 <br> Creditor # : 221 <br> TXU <br> PO Box 650764 <br> Dallas TX 75265 | | W | Utility Bills <br> Electric Company | | | | $ 1,219.00 |
| Account No.   3810 <br> Creditor # : 222 <br> TXU Electric <br> 6555 Sierra Drive <br> Irving  TX 75309 | | W | Utility Bills | | | | $ 1,219.00 |
| Account No.   1085 <br> Creditor # : 223 <br> TXU Energy <br> PO Box 2270 <br> Palestine TX 75802 | | W | Utility Bills | | | | $ 382.00 |

Sheet No.   49   of   54   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 2,964.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,   Case No. _____
**Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   8713 | | W | | | | $ 121.00 |
| Creditor # : 224 UHaul International c/o Bennett Law 10542 S. Jordan Gateway Sout Jordan UT 84095 | | Movers | | | | |
| Account No.   8713 | | | | | | |
| Representing: UHaul International | | Bennett Law 10542 South Jordan Gateway South Jordan UT 84095 | | | | |
| Account No.   4183 | | W | | | | $ 94.00 |
| Creditor # : 225 Unique Natl Collection 119 E. Maple St Jeffersonville In 47130 | | Collection Agency | | | | |
| Account No.   1758 | | H | | | | $ 70.00 |
| Creditor # : 226 University of St. Francis 500 Wilcox Street Joliet IL 60435 | | Library Loan | | | | |
| Account No.   2922 | | W | | | | $ 796.00 |
| Creditor # : 227 UTSW St Paul Hospital c/o Acct SRVS Collections 1802 NE Loop 410 St 400 San Antonio TX 728217 | | Medical Bills | | | | |

Sheet No.   50  of   54  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  |  $ 1,081.00
Total $  |
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,      Case No. _____
          **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   2922  *Representing:*  *UTSW St Paul Hospital* | | *Acct Srvs Collections* *1802 NE Loop 410 St 400* *San Antonio TX 78217* | | | | |
| Account No.   4191  *Creditor # : 228* *UTSW St Paul Hospital* *c/o Acct Srvs Collections Inc* *1802 NE Loop 410 St 400* *San Antonio TX 78217* | W | *Medical Bills* | | | | $ 180.00 |
| Account No.   4191  *Representing:*  *UTSW St Paul Hospital* | | *Acct Srvs Collections Inc* *1802 NE Loop 410 400* *San Antonio TX 78217* | | | | |
| Account No.   8197  *Creditor # : 229* *UTSW St. Paul Hospital* *1802 NE Loop 410* *San Antonio TX 78217* | W | *Medical Bills* | | | | $ 236.00 |
| Account No.   7153  *Creditor # : 230* *UTSW ST. Paul Hospital* *c/o Account ServicesCollection* *1802 NE Loop, 410* *San Antonio TX 78217* | J | | | | | $ 893.00 |

Sheet No. _51_ of _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 1,309.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,        Case No. _____
              **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   7153  Representing:  UTSW ST. Paul Hospital | | Account Services Collections 1802 NE Loop 410 San Antonio TX 78217 | | | | |
| Account No.   7930  Creditor # : 231 UTSW St. Paul Hospital 1802 NE Loop 410 St 400 San Antonio TX 78217 | W | Medical Bills | | | | $ 340.00 |
| Account No.   7930  Representing:  UTSW St. Paul Hospital | | Acct Srvs Collections 1802 NE Loop 410 St 400 San Antonio TX 78217 | | | | |
| Account No.   7930  Creditor # : 232 UTSW St. Paul Hospital C/o 1802 NE Loop 400 San Antonio TX 78217 | W | Medical Bills | | | | $ 340.00 |
| Account No.   7930  Representing:  UTSW St. Paul Hospital | | Account Srvs Collections 1802 NE Loop 410 St. 400 San Antonio  TX 78217 | | | | |

Sheet No.   52  of   54  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $              $ 680.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Shelby Holmes and Shawn R. Holmes_ _____ ,        Case No. _____
    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.    8168 — Creditor # : 233 Verizon Wireless c/o CBCS PO Box 163250 Columbus OH 43216-3250 | | W — CELL PHONE BILL | | | | $ 1,452.00 |
| Account No.    8168 — Representing: Verizon Wireless | | CBCS PO Box 163250 Columbus OH 43216-3250 | | | | |
| Account No.    0166 — Creditor # : 234 Verizon Wireless c/o AA Recoveries PO Box 926100 Norcross  GA 30010 | | H — CELL PHONE BILL | | | | $ 1,230.30 |
| Account No. — Creditor # : 235 Verizon Wireless PO Box 1850 Folsom CA 95630 | | W — CELL PHONE BILL | | | | $ 1,230.00 |
| Account No.    7357 — Creditor # : 236 Wells Fargo Bank PO Box 5445 Portland  OR 97228 | | W — Bank Debt | | | | $ 1,065.00 |

Sheet No. _53_ of _54_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 4,977.30

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Shelby Holmes and Shawn R. Holmes_____ ,     Case No._____
        **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No.   *1505*<br><br>*Creditor # : 237*<br>*Will County Medical*<br>*c/o Harvard Collection*<br>*4839 N. Elston*<br>*Chicago IL 60630* | W | *Medical Bills* | | | | $ 118.00 |
| Account No.   *1505*<br><br>*Representing:*<br><br>*Will County Medical* | | *Harvard Collection*<br>*4839 N. Elston*<br>*Chicago IL 60630* | | | | |
| Account No.   *5307*<br>*Creditor # : 238*<br>*Winsted Apts*<br>*c/o Lincoln Prop/Natl Credit S*<br>*3750 Naturally Fresh Blvd*<br>*Atlanta GA 30349* | W | *Rent-* | | | | $ 1,170.00 |
| Account No.   *5307*<br>*Creditor # : 239*<br>*Winsted Apts c/o LIncoln Prop*<br>*c/o Vational Credit System*<br>*PO Box 312125*<br>*Atlana GA 31131-2125* | W | *Apartment Debt* | | | | $ 1,170.00 |
| Account No: | | | | | | |

Sheet No.  _54_ of  _54_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal $ | $ 2,458.00 |
|---|---|---|
|  | **Total $** | $ 628,769.19 |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re *Shelby Holmes and Shawn R. Holmes* _____ / Debtor    Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

In re *Shelby Holmes and Shawn R. Holmes* _____ / Debtor   Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re *Shelby Holmes and Shawn R. Holmes* _____, **Case No.** _____
                    **Debtor(s)**                                                            **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): *daughter* | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Security* | *Billing representative* |
| Name of Employer | *National Univ of Health Scienc* | *Provena Health* |
| How Long Employed | | |
| Address of Employer | *200 E Rossevelt Rd* *Lombard IL   60148-5706* | *190656 Hickory Creek Dr* *Suite 300* *Mokena IL   60448* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | *1,861.41* | $ | *2,472.50* |
| 2. Estimate monthly overtime | $ | *0.00* | $ | *0.00* |
| 3. SUBTOTAL | $ | *1,861.41* | $ | *2,472.50* |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|   a. Payroll taxes and social security | $ | *350.00* | $ | *430.00* |
|   b. Insurance | $ | *0.00* | $ | *448.65* |
|   c. Union dues | $ | *0.00* | $ | *0.00* |
|   d. Other (Specify):   *Flex HSA* | $ | *0.00* | $ | *208.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *350.00* | $ | *1,086.65* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | *1,511.41* | $ | *1,385.85* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | *0.00* | $ | *0.00* |
| 8. Income from real property | $ | *0.00* | $ | *0.00* |
| 9. Interest and dividends | $ | *0.00* | $ | *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ | *0.00* |
| 11. Social security or government assistance (Specify): | $ | *0.00* | $ | *0.00* |
| 12. Pension or retirement income | $ | *0.00* | $ | *0.00* |
| 13. Other monthly income (Specify): | $ | *0.00* | $ | *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | *0.00* | $ | *0.00* |
| 15. AVERAGE MONTHLY INCOME   (Add amounts shown on lines 6 and 14) | $ | *1,511.41* | $ | *1,385.85* |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | *2,897.26* | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re _Shelby Holmes and Shawn R. Holmes_ ,
         **Debtor(s)**

**Case No.** _____
                          (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,400.00 |
| a. Are real estate taxes included?  Yes ☐ No ☒ | | |
| b. Is property insurance included?  Yes ☐ No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 248.00 |
| b. Water and sewer | $ | 80.00 |
| c. Telephone | $ | 218.00 |
| d. Other  _Cable_ | $ | 150.00 |
| Other  _Internet_ | $ | 49.99 |
| Line 2 Continuation Page Total (see continuation page for itemization) | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 493.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 60.00 |
| 8. Transportation (not including car payments) | $ | 600.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 218.00 |
| e. Other  _Health Insurance_ | $ | 296.00 |
| Other  _Health Flexible Savings Acct._ | $ | 1,249.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)  _Taxes_ | $ | 593.26 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other: | $ | 0.00 |
| c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other:  _Child Care_ | $ | 200.00 |
| Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 6,355.25 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 16 of Schedule I | $ | 2,897.26 |
| b. Average monthly expenses from Line 18 above | $ | 6,355.25 |
| c. Monthly net income (a. minus b.) | $ | (3,457.99) |

In re _Shelby Holmes and Shawn R. Holmes_____,      **Case No.** _____
                          **Debtor(s)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR
**(Continuation page)**

2. (continuation) OTHER UTILITIES

_Cell Phones etc_ ........................................................................................... $ .................. _200.00_

| | | |
|---|---|---|
| **Line 2 Continuation Page Total (seen as line item "2" on Schedule J)** | $ | _200.00_ |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Shelby Holmes and Shawn R. Holmes*

Case No.

Chapter    **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $          0.00 | | |
| B-Personal Property | *Yes* | *3* | $      5,991.37 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $          0.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *1* | | $          0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *55* | | $    628,769.19 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      2,897.26 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *2* | | | $      6,355.25 |
| TOTAL | | *67* | $      5,991.37 | $    628,769.19 | |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re *Shelby Holmes and Shawn R. Holmes*                     Case No.

Chapter   **7**

_____ / Debtor

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| **Domestic Support Obligations (from Schedule E)** | $ *0.00* |
| **Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E)** | $ *0.00* |
| **Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed)** | $ *0.00* |
| **Student Loan Obligations (from Schedule F)** | $ *461,871.00* |
| **Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E** | $ *0.00* |
| **Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F)** | $ *0.00* |
| **TOTAL** | $ *461,871.00* |

**State the following:**

| | |
|---|---|
| **Average Income (from Schedule I, Line 16)** | $ *2,897.26* |
| **Average Expenses (from Schedule J, Line 18)** | $ *6,355.25* |
| **Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20)** | $ *4,938.00* |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *0.00* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *0.00* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *628,769.19* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *628,769.19* |

In re *Shelby Holmes and Shawn R. Holmes* _____    Case No. _____
                                    Debtor                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___68___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _____    Signature *  /s/ Shelby Holmes* _____
                                      *Shelby Holmes*

Date: _____    Signature *  /s/ Shawn R. Holmes* _____
                                      *Shawn R. Holmes*

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: *Shelby Holmes*
 *and*
 *Shawn R. Holmes*
_____ ,
    Debtor

Case No. _____
      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT        SOURCE

*Debtor*
 *Year to date:$6,633*      *Employment*
 *Last Year:$22,327*
 *Year before:*
*Spouse*
 *Year to date:$10,800*
 *Last Year:$28,827*
 *Year before:$37,596.00*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 1

### 3. Payments to creditors

None  □

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

*Creditor:  Remt payments of home.*
*Address:*

None  ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None  ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None  ☒

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  ☒

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None  ☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None
☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None
☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: InCharge Education Foundation Address:www.PersonalFinanceEducation.com* | *Date of Payment:Jan 20,2013 Payor: Shelby & Shawn Holmes* | *$30* |

## 10. Other transfers

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

## 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial

institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Institution:TCF Bank Address:800 Burr Ridge Parkway Burry Ridge, IL  60527 | Account Type and No.:Checking Acct Ending in 4176- Final Balance:$-715.50 | Notice 7/12/12 Bal:$-715.50 |
| Institution:Charter One Address:DDA Recovery RJE245 of Charter One PO Box 42023 Providence, RI 02940 | Account Type and No.:Checking Accont # 452092-339-4 Final Balance:$130.43 | $130.43 7/17/12 |

---

### 12. Safe deposit boxes

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None ☒  List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None ☐  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Debtor: Both debtors Address: 19359 Circle Gate Dr, Apt 105          Germantown. MD 20874 | Name(s): Dhelby & Shawn Holmes | June 2010 to June 2011 |
| Debtor: Both debors Address: 11902 Woodland Way          Frisco. TX 75035 | Name(s): Shelby & Shawn Holmes | Feb 2009 to June 2010 |

Statement of Affairs - Page 4

## 16. Spouses and Former Spouses

None
☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None
☒

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None
☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None
☒

a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses      in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None
☒

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____     Signature     */s/ Shelby Holmes*
                             of Debtor

Date _____     Signature     */s/ Shawn R. Holmes*
                             of Joint Debtor
                             (if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Shelby Holmes and Shawn R. Holmes*                    Case No.
                                                             Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - HUSBAND'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt        ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes        ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____        Debtor:  */s/ Shelby Holmes*

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Shelby Holmes and Shawn R. Holmes*                                Case No.

Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**Part A -**  Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *None* | |

Property will be (check one) :

☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt     ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes     ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____    Debtor:  */s/ Shawn R. Holmes* _____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Shelby Holmes and Shawn R. Holmes*

Case No.
Chapter  7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. | |
|---|---|
| **Creditor's Name :**<br><br>*None* | **Describe Property Securing Debt :** |

Property will be (check one) :

☐ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☐ Not claimed as exempt

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes    ☐ No |

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _____    Debtor: */s/ Shelby Holmes*

Date: _____    Joint Debtor: */s/ Shawn R. Holmes*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re   *Shelby Holmes*
   *and*
  *Shawn R. Holmes*

Case No.

Chapter  **7**

_____ / Debtor

Attorney for Debtor:   *Robert G. Whitley, Jr.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *0.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $ _____*306.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
     *All fees paid by Hyatt Legal Plans.*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
     *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
     *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
     *None*

Dated:        Respectfully submitted,

       X *_/s/ Robert G. Whitley, Jr._____*
  Attorney for Petitioner: *Robert G. Whitley, Jr.*
        *Robert G. Whitley, Jr, P.C.*
        *15028 S. Des Plaines Street*
        *Plainfield IL  60544*

        *815-436-4700*
        *rwhitley@plfdlaw.com*

Midland Credit Management
8875 Aeor Drive
Suite 200
San Diego, CA  92123

1932 S. Alma School Road
Ste. B 107
Mesa, AZ  85210

1932 S. Alma School Road
Ste B 107
Mesa, AZ  85210

Credit Management
Carrollton, TX  75007-1912

Account Resolution Corp.
17600 Chesterfield Airport Rd
Chesterfield, MO  63005

Account Services Collections
1802 NE Loop 410
San Antonio, TX  78217

Account Srvs Collections
1802 NE Loop 410 St. 400
San Antonio , TX  78217

Acct Srvs Collections
1802 NE Loop 410 St 400
San Antonio
TX, 78217

Acct Srvs Collections
1802 NE Loop 410 St 400
San Antonio, TX  78217

Acct Srvs Collections Inc
1802 NE Loop 410 400
San Antonio, TX  78217

Ad Astra Recovery
7330 W. 33rd
Suite118
Wichita, KS  67205

AFNI
PO BOX 3097
Bloomington, IL  61702

Allstate
PO Box 3589
Akron, OH  44309

AMERICredit
801 Cherry St.
Suite 3900
Fortworth, TX  76102

AT & T
PO Box 5001
Carol Stream, IL  60197

AT& T
700 Longwater Drive
Norwell, MA  02061-0567

AT&T
2629 Dickerson Pkwy
Carrollton, TX  75007-4408

AT&T
c/o SW Credit Systems Inc
2629 Dickerson Parkway
Carrolton, TX  75007-4408

AT&T
1901 W. 10th St
Antioch, CA  94509

AT&T Texas
c/o Bay Area Credit SVS
1901 W. 10th St
Antioch, CA  94509

Atmos Energy
4101 Mcewen Rd
Suite 150
Farmers Branch , TX  75244

BANK OF AMERICA
PO BOX 708
Wichita, KS  67201

BAylor
2001 Bryan Street
Dallas , TX  75201

BAylor
2001 Bryan Street
Dallas, TX  75201

BAylor
2001 Bryan St
Dallas, TX  75201

BAylor Medical Center at Frisco
5601 Warren Parkway
Frisco, TX  75034

Bennett Law
10542 South Jordan Gateway
South Jordan, UT  84095

CAPITAL ONE
PO BOX 30281
Salt Lake City , UT  84130

CAPITAL ONE Service
PO Box 30281
Salt Lake City , UT  84130

Cash Net USA
200 West Jackson, Suite 1400
Chicago, IL  60606-6941

CAsh Net USA.com
200 W. Jackon Blvd
14th Floor
Chicago, IL  60606

CAsh Store
Corporate Collecections Depart
1901 Gateway Drive, Ste 200
Irving, TX

CBCS
PO Box 163250
Columbus, OH  43216-3250

CBCS
PO Box 2589
Columbus, OH  43216-3250

CBE Group
131 Tower Park Drive
Suite 100
Waterloo, IA  50701

Centennial Medical Center
PO Box 66052
Anaheim, CA  92816

Centennial Medical Center
PO Box 66051
Anaheim, CA  92816

Centennial Medical Center
PO Box 830913
Birmingham, AL  35283

Centennial MedicalCenter
c/o Central Finance Control
PO Box 66051
Anaheim, CA  92816

Central Finance Control
PO Box 66083
Dallas, TX  75266

CHASE Receivables
1247 Broadway
Sonoma, CA  95476

CHeck n Go
7755 Montgomery Road
Suite 400
Cincinnati, OH  45236

Chicago Tribune
435 N. Michigan Ave
Chicago, IL  60611

City of Desoto
211 East Pleasant Run Road
De Soto, TX  75115

City of Frisco
PO Box 2730
Frisco, TX  75034

Com Ed
PO Box 6111
Carol Stream, IL  60197-6111

ComCast
PO Box 3006
Southeastern, PA  19398

ComCast
PO Box 3002
Southeastern, PA  19398

ComEd
PO Box 6111
Carol Stream, IL  60197

Comm Cash
331 E. Camp Wisdom Road
Duncanville, TX  75116

Comm Cash
331 Camp Wisdom Road
Duncanville, TX  75116

Compass Bank
14852 Preston Road
Dallas , TX  75254

Conns Credit Corp.
3295 College St.
Beaumont , TX  77701

CONvergent OUtsourcing
800 SW 39th St.
Renton, WA  98057

CONvergent Outsourcing Inc
800 SW 39th St.
Renton, WA  98057

Convergent Outsourcing, Inc.
10750 Hammerly Blvd
#200
Houston, TX  77043

Coserv
PO Box 650785
Dallas, TX  75265-0785

CPS Security?
Po Box 33698
San Antonio, TX  78265

Credit Bureau Hitchinson
149 Thompson Ave
Ste 212
West St. Paul , MN  55118-0160

Credit Collection Services
Two Wells Avenue
Newton, MA  02459

Credit Management
4200 International Parkway
Carrolton, TX  75007-1912

Credit Mangagement
17070 Dallas Parkway
Dallas , TX  75248

Credit Protection
PO Box 802068
Dallas, TX  75380

Credit Protection Associates
13355 Noel Rd
Suite 2100
Dallas, TX  75240

Credit Protection Association
13355 Noel Road
Dallas, TX  75240

Credit Protection Association
13355 Noel Road
Ste 2100
Dallas, TX  75240

Dallas Baptist University
3000 Mountain Creek Parkway
Dallas, TX  75211-9299

Direct Consolidated Subsidized
c/o Direct Loan Servicing Cent
PO Box 5609
Greenville, TX   75403-5609

Direct Consolidated Subsidized
Direct Loan Servicing Center
PO Box 5609
Greenville, TX  754035609

Direct Consolidated Subsidized
Direct Loan Servicing enter
PO Box 5609
Greenville, TX  754035609

Direct Consolidated Unsubsidized
c/o Direct Loan Servicing Cent
PO Box 5609
Greenville, TX  750435609

DIrect Consolidated Unsubsidized
Dept of Ed/Sallie Mae
PO Box 9635
Wilkes Barre, PA  187739635

Direct Consolidated Unsubsidized
c/o Direct Loan Servicing Cent
PO Box 5609
Greenville, TX 754035

Direct Consolidated Unsubsidized
Direct LOan Servicing Center
PO Box 5609
Greenville, TX  754035609

Direct Stafford Unsubsidized
Po Bos 5609
Greenville, TX  754035609

Direct Stafford Subsidized
Dept of Ed/Sallie Mae
PO Box 9635
Wilkes Barre, PA  187739635

Direct Stafford Subsidized
Dept Ed/Sallie Mae
Po Box 9635
Wilkes Barre, PA  187739635

Direct Stafford Subsidized
Direct Loan Servicing Center
PO Box 5609
Greenville, TX  754035609

Direct Stafford Subsidized
Dept of Ed/Sallie Mae
PO Box 9635
Wilkes Barre, PA  18773965

Direct Stafford Subsidized
U.S. Dept of Education/2009-10
830 First St NE
Washington DC  20202

Direct Stafford Unsubsidized
Dept of Ed/Salie Mae
PO Box 9635
Wilkes Barre, PA  187739635

Direct Stafford Unsubsidized
Dept of Ed/Sallie MAe
PO Box 9635
Wilkes Barre, PA  18773-9635

Direct Stafford Unsubsidized
Direct Loan Servicing Center
PO Box 5609
Greenville, TX   754035609

Direct Stafford Unsubsidized
c/o Direct Loan Servicing Cent
PO Box 5609
Greenville, TX   754035609

Direct Stafford Unsubsidized
Dept of Ed/Sallie Mae
PO Box 9635
Wilkes-Barre, PA  187739635

Direct Stafford Unsubsidized
Dept of Ed/Sallie Me
PO Box 9635
Wilkes Barre, PA  187739635

Direct Stafford Unsubsidized
c/o Direct Loan Serviceing Cnt
PO Box 5609
Greenville, TX  754035609

Direct Stafford Unsubsidized
Dept of Ed/Sallie Mae
PO Box 9635
Wilkes Barre, PA  187739635

DIrect TV
c/o Collectech Systems
PO Box 361567
Columbus, OH  361567

DIsney Movie Club
PO Box 758
Neenah , WI  54957-0758

Drect Energy
PO Box 3779330
Dallas, TX  75265

Drive Time
PO Box 29018
Phonix, AZ  85038

Drive time
c/o Pinnacle Credit Services
PO Box 640
Hopkins, MN  55343-0640

Dynamic Recovery Systems
4101 Mc Ewen Rd, Ste 150
Farmers Branch , TX  75244

EdS Credit Union
Po Box 250169
Plano, TX  75025

Enhanced Recovery
8014 Bayberry Rd
Jacksonville, FL  32256

Enhanced Recovery
8015 Bayberry Rd
Jacksonville, FL  32256

Fair Collection
12304 Baltimore  Avenue
Beltsville, MD  20705

Fair Collections & Outsourcing
12304 Baltimore Ave
Suite E
Beltsville, MD  20705

FCNB Master Trust
PO Box 922968
Norcross , GA  30010

FFel Consolidated

Fifth Third Bank
Chicago
PO Box 630778
Cincinnati, OH  45263

First Nat'l Collection Bureau
810 Waltham Way
Sparks, NV  89434

First Premier Bank
c/o Arrow Financial Services
5996 W. Touhy
Niles, IL  60714

First Premier Bank
900 W. Delaware
Sioux Falls, SD  57104

First Premier Bank
3820 N. Louise Ave
Sioux Falls, SD  57107-0145

First Source Financial Solutio
1661 Lyndon Farm Court
Louisville, KY  40223

Harvard Collection
4839 N. Elston
Chicago, IL  60630

Health Texas Provider Network
Po Box 844128
Dallas, TX  75284

Shelby Holmes
1648 Fieldstone Drive N
Shorewood, IL  60404

Shawn J. Harris
1648 Fieldstone Drive N
Shorewood, IL  60404

Household Bank
c/o First Nat'l Collection Bur
810 Waltham Way
Sparks, NV  89434

HSBC
c/o LVNV Funding LLC
1145 Sanctuary Parkway, Ste 35
Alpharetta, GA  30009

HSBC Bank
PO Box 5253
Carol Stream, IL  60197

HSBC Bank Plat MPL
PO Box 5253
Carol Stream, IL  60197

HSBC Orchard Standard
PO Box 60501
City of Industry, CA  91716-0501

HSBC/Orchard Bank
Po Box 60501
City ofIndurstry, CA  91716-0501

HSN
1 HSN Drive
St. Petersburg, FL  33729

Hunter Warfield, Inc
4620 Woodland Corporate Blvd
Tampa, FL  33614

Jewel
c/o Heller and Frisone
33 N. LaSalle Street
Chicago, IL  60602

Joliet Junior College
1215 Houbolt
Joliet, IL  60431

Laboratory Corp of America
PO Box 2240
Burlington, NC  27216-2240

Lifetech Health Services, Inc.
17600 Chesterfield Airport
Chesterfield, MO  63005

LNV Funding LLC
PO Box 10497
Greenville, SC  29603

LVNV Funding LLC
PO Box 3038
Evansville, In  47730

LVNV Funding LLC
PO BOX 10584
Greenville, SC  29603

Macy's
PO Box 689195
Des Moines, IA  50368

Med 01 02 Six Day Dental Orthodontists
c/o NCO Financial Systems
PO Box 41466
Philadelphia, PA  19101-7346

Metabank
5501 S. Broadband Lane
Sioux Falls, SD  857108

Midland Credit Management Inc.
8875 Aero Drive
San Diego, CA  92123

Midland Funding
8875 Aero Drive
San Diego, CA  92123

Midland Funding
8876 Aero Dr
Sandiego, CA  92124

Millennium Credit Consultants
PO Box 18160
West St. Paul , MN  55118-0160

National Credit Investigation
1932 S. Alma School Road
Suite B107
Mesa, AZ  85210

National Investigation Bureau
1932. Alma School Road
Ste B107
Mesa, AZ  85210

NCO Financial
PO Box 15372
Wilmington, DE  19820

NCO Financial Services
507 Prudential Road
Horsham, PA  19044

NCO Financial Systems
507 Prudential Road
Horsham, PA  19044

NCO Financial
507 Prudential Road
Horsham, PA  19044

NICOR GAS
PO Box 0632
Aurora, IL  60507-0632

NICOR GAS
Po Box 5407
Carol Stream, IL  60197-5407

NOrth Shore Agency
9525 Sweet Valley Drive
Building A
Valley View, OH  44125

North Texas Tollway Authority
PO Box 260928
Plano, TX  75026

Northern Resolution Group
PO Box 566
Amherst, NY  14226

Orchard Bank
c/o Branchfeld Law
20300 S. Vermont
Torrence, CA  90502

Oxford Collections
135 Maxess Road
Melville, NY  11747-3515

Palisades Collection LLC
210 Sylvan Ave
Englewood CLFS, NJ  07632

Pathologists Bio Medical Laboratories
3600 Gaston Ave
Dallas, TX  75246

PEpco
PO Box 13608
Philadelphia, PA  19101-7346

Pepco

Pharmacare Inc.
2537 Golden Bear Drive
Carrollton, TX  75006

Plano Public Library System
2501 Coit Road
Plano, TX  75075

PNC Bank
249 5th Ave. Ste. 30
Pittsburgh, PA  15222

PNC Bank
2730 Liberty Ave
Pittsburgh, PA  15222

PNC Bank
600 East Crescent
UpperSaddleRiver, NJ  07458

PRarie Estates
1350 Main Street
Frisco, TX  75034

Primrose School of N. Plano
5801 Coit Road
Plano, TX  75093

PROgressive
6300 Wilson Mills Road
Box W33
Mayfield Village, OH  44143

PROgressive Advanced Insurance Co
The Progressive Corporation
6300 Wilson Mills Road
Mayfield Village, OH  44143

PROvena St. Joseph Health Medical Center
P.O. Box 88097
Chicago, IL  60680-1097

Reliant Energy
Po Box 650475
Dallas, TX  75265

Reliant Energy Retail Services
PO Box 15391
Wilmington, DE  19850

Robert G. Whitley, Jr.
15028 S. Des Plaines Street
Plainfield, IL  60544

Rolling Hills
19228 Circle Gate Drive
Germantown, MD  20874

Seth D. Kaplan MD
c/o IC System INC
PO Box 64378
St. Paul, MN  55164-0437

Shorewood Illinois
One Towne Center Blvd.
Shorewood, IL  60404

Six Day Dental
c/o NCO Financial
507 Prudential Road
Horsham, PA  19044

Southwest Credit
4120 International Parkway
Carrollton , TX  75007-1912

Southwest Credit
4120 International Parkway
Carrollton, TX  75007-1912

Southwestern Bell Telephone
700 Longwater Drive
Norwell, MA  2061

Speedy Cash
3611 North Ridge Road
Wichita, KS  67206

Speedy Cash
c/o Ad Astra Recovery Services
3607 N. Ridge Rd  STE 106
Wichita, KS  67205

Sprint PCS
c/o Calvary Portfolio Srvs
7 Skyline Drive
Hawthorne, NY  10532

Sprint PCS
7 Skyline Drive
Hawthorne, NY  10532

Sprint Wireless
PO Box 8077
London, KY  40742

Stafford Loan Unsubsidized
US Dept of Education20082009
830 First St. NE
Washington DC  20202

Stafford Loan Unsubsidized
U.S.Dept of Education/20092010
800 First St NE
Washington DC  20202

Stafford Loan Unsubsidized
U.S. Dept of Ed./2009-2010
Washington DC  20202

Stafford Loan Subsidized
U.S. Dept of Education20082009
830 First St. NE
Washington DC  20202

Stafford Loan Sudsidized
US Dept of Education2008209
830 First St. NE
Washington DC  20202

Stafford Subsidized/Unsubsidized
U.S. Dept of Education/2009-20
830 First St NE
Washingon DC  20202

Stafford Subsidized
U.S. Dept of Ed
830 First St NE
Washingon DC  20203

Stafford Subsidized
U.S.Dept of Education
830 First St NE
Washingon DC  20204

Stafford Subsidized
U.S.Dept of Education
830 First St NE
Washingon DC  20202

Stafford Subsidized
U.S. Dept of Ed
830 First St. NE
Washingon DC  20202

Stafford Subsidized
U.S. Dept of Ed
820 First ST. NE
Washingon DC  20205

Stafford Subsidized
US Dept Ed20082009
830 First St NE
Washingon DC  20207

Stafford Subsidized
U.S. Dept of Education
830 First St. NE
Washingon DC  20204

Stafford Subsidized
US Dept of Ed 2009-2010
830 First St NE
Washingon DC  20202

Stafford Subsidized
U.S. Dept of Ed2009-2010
830 First St NE
Washingon DC, 20204

Stafford Subsidized
U.S. Dept of Ed
800 First St NE
Washingon DC  20204

Stafford Subsidized
US Dept of Ed20082009
830 First St NE
Washingon DC  20211

Stafford Subsidized
U.S. Dept of Ed
830 First St NE
Washingon DC  20204

Stafford Subsidized
U.S. Dept of Ed
830 First St. NE
Washingon DC  20205

Stafford Unsubsidized
U.S. Dept of Ed
830 First St NE
Washingon DC  20205

Stafford Unsubsidized
U.S. Dept of Ed
830 First St. NE
Washingon DC  20204

Stafford Unsubsidized
U.S. Dept of Ed 20082009
830 First St NE
Washingon DC  20206

Stafford Unsubsidized
US Dept of Ed 20092010
830 First St NE
Washingon DC  20203

Stafford Unsubsidized
U.S.Dept of Ed
830 First St NE
Washingon DC  20205

Stafford Unsubsidized
US Dept of Ed20092010
830 First St NE
Washingon DC  20206

Stafford Unsubsidized
U.S. Dept of Ed
830 First St NE
Washingon DC  20205

Stafford Unsubsidized
U.S. Dept of Ed
830 First St. NE
Washingon DC  20205

Stafford Unsubsidized
US Dept of Ed 20082009
830 First St NE
Washingon DC  20210

Stafford Unsubsidized
US Dept of Education20082009
830 First St NE
Washingon DC  20209

Stafford Unsubsidized
U.S. Dept of Ed
830 First St,. NE
Washington DC  20205

Stafford Unsubsidized
U.S. Dept of Ed
800 First St NE
Washingon DC  20206

Stafford Unsubsidized
U.S.Dept of Ed
830 First St NE
Washington DC  20203

Stafford Unsubsidized
U.S Dept of Ed
830 First St NE
Washington DC  20205

Stafford Unsubsidized
US Dept of ED 20082009
830 First St NE
Washingon DC  20208

STATEs Recovery Systems Inc
PO Box 2860
Rancho Cordova, CA  95742

Suntrust Banknco Financial System Inc
507 Prudential Road
Horsham, PA  19044

SW Credit Systems Inc
2629 Dickerson Pkwy
Carrolton, TX  75007-4408

Syndicated Office Systems
PO Box 660873
Dallas , TX  75266

TCF National BAnk
199 Brookforest Avenue
Shorewood, IL  60404

Tenet
c/o Centennial Medical Center
PO Box 830913
Birmingham, AL  35283

Texas Health Presbyterian Plano
1232 W. State  Rd 2
La Porte, In  46350

The Cash Store
1701 N. Larkin Ave
Suite 901
Crest Hill, IL  60403

The IQ Group LP
c/o Hunter Warfield
3111 W. Dr. MLK Jr Blvd FL2
Tampa, FL  33607

The Rental Store
7780 State Highway 121
Frisco, TX  75034

Time Warner North Texas
c/o Credit Management
4200 International Parkway
Carrollton, TX   75007-1912

TLC Pediatrics of Frisco
6505 W. Park Blvd
Ste 306, PMB 355
Plano, TX  75093

Tmobile
PO Box 742596
Cincinnati, OH  45274-0022

TRIbute
PO Box 105555
Atlanta, GA  30348-5173

TRIbute
PO Box 105555
Atlanta, GA  30348-5555

TRIbute Mastercard
c/o Midland Credit Management
8875 Aero Drive
San Diego, CA  92123

TRS Home Furnishing
7780 State Highway 121
Frisco, TX  75034

True Green
PO Box 869008
Plano, TX  75086

TXU
PO Box Energy
926100
Dallas, TX  75265

TXU
PO Box 650764
Dallas, TX  75265

TXU Electric
6555 Sierra Drive
Irving , TX  75309

TXU Energy
PO Box 2270
Palestine, TX  75802

UHaul International
c/o Bennett Law
10542 S. Jordan Gateway
Sout Jordan, UT  84095

Unique Natl Collection
119 E. Maple St
Jeffersonville, In  47130

University of St. Francis
500 Wilcox Street
Joliet, IL  60435

UTSW St Paul Hospital
c/o Acct Srvs Collections Inc
1802 NE Loop 410 St 400
San Antonio, TX  78217

UTSW St Paul Hospital
c/o Acct SRVS Collections
1802 NE Loop 410 St 400
San Antonio, TX  728217

UTSW St. Paul Hospital
C/o
1802 NE Loop 400
San Antonio, TX  78217

UTSW St. Paul Hospital
1802 NE Loop
410 St 400
San Antonio, TX  78217

UTSW ST. Paul Hospital
c/o Account ServicesCollection
1802 NE Loop, 410
San Antonio, TX  78217

UTSW St. Paul Hospital
1802 NE Loop 410
San Antonio, TX  78217

Verizon Wireless
c/o AA Recoveries
PO Box 926100
Norcross , GA  30010

Verizon Wireless
c/o CBCS
PO Box 163250
Columbus, OH  43216-3250

Verizon Wireless
PO Box 1850
Folsom, CA  95630

Wells Fargo Bank
PO Box 5445
Portland , OR  97228

Will Bonny Medical
c/o Harvard Collection
4839 N. Elston
Chicago, IL  60630

Winsted Apts
c/o Lincoln Prop/Natl Credit S
3750 Naturally Fresh Blvd
Atlanta, GA  30349

Winsted Apts c/o LIncoln Prop
c/o Vational Credit System
PO Box 312125
Atlana, GA  31131-2125